IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al.,<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-2384 (RWR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners SALIM SAID, ET AL., in this matter.  Service upon counsel may be made to:

    Gitanjali S. Gutierrez
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6427
    Fax: (212) 614-6499

Dated: December 27, 2005

    Respectfully submitted,

    Counsel for Petitioners:

      /s/ _____
    Gitanjali S. Gutierrez
    **CENTER FOR CONSTITUTIONAL RIGHTS**
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6427
    Fax: (212) 614-6499