IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID,<br><br>ANWAR HANDAN AL SHIMMIRI, by and through his next friend, SULAIMAN HONAHEEM ALOWAIDAH,<br><br>SAAD AL QAHTAANI, by and through his next friend, SAMI MUHYIDEEN,<br><br>BANDAR AL JAABIR, by and through his next friend, JAMAL KIYEMBA,<br><br>MOHAMMED ZAHRANI, by and through his next friend, OMAR DEGHAYES,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>*Respondents*. | Case No. 1:05 CV 02384 RWR |

## ATTORNEY APPEARANCE

Undersigned counsel hereby enter their appearance as counsel for Petitioners in the above-captioned case.

Respectfully submitted,

_____    Dated: March 6, 2006
David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

_____    ~~Dat~~ed: March 6, 2006
Thomas P. Sullivan

_____
David J. Bradford

_____
Patricia A. Bronte

_____
Maya D. Nath

_____
Omar R. Akbar

JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

ATTORNEYS FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Attorney Appearance was served upon the following person via first-class mail and e-mail on this 7th day of March, 2006:

>Preeya M. Noronha
>Trial Attorney
>Department of Justice
>Civil Division - Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington DC 20530
>email: preeya.noronha@usdoj.gov

_____
One of the Attorneys for Petitioners

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated: March 6, 2006

David W. DeBruin (DDC Bar No. 337626)
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Thomas P. Sullivan
Jenner & Block LLP
One IBM Plaza, 41st Floor
Chicago, IL 60611
Tel: (312) 923-2928
Fax: (312) 840-7328

David J. Bradford
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-2975
Fax: (312) 840-7375
dbradford@jenner.com

Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757
pbronte@jenner.com

_____
Maya D. Nath
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 840-7639
Fax: (312) 840-7739
mnath@jenner.com


_____
Omar R. Akbar
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 840-7202
Fax: (312) 840-7302
oakbar@jenner.com