## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SALIM SAID et al.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY** | ) | **No. 1:05 CV 02384 (RWR)** |
| **BRIG. GEN. JAY HOOD, and ARMY COL. MIKE** | ) | |
| **BUMGARNER,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |
| | ) | |

### PETITIONERS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani request entry of the protective orders required for them to have access to counsel, for the reasons set forth in the accompanying Memorandum of Points and Authorities in support thereof.

Respectfully submitted,

/s/ David W. DeBruin                    Dated:  March 15, 2006
One of the Attorneys for the Petitioners

Thomas P. Sullivan                     David W. DeBruin (DDC Bar No. 337626)
David J. Bradford                      JENNER & BLOCK LLP
Patricia A. Bronte                     601 Thirteenth Street, N.W., Suite 1200
Wade A. Thomson                        Washington, D.C.  20005-3823
Maya D. Nath                           Tel: (202) 639-6000
Omar R. Akbar                          Fax: (202) 639-6066
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CHICAGO_1381500_3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SALIM SAID, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY | ) | No. 1:05 CV 02384 (RWR) |
| BRIG. GEN. JAY HOOD, and ARMY COL. MIKE | ) | |
| BUMGARNER, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER**

Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al

Jaabir and Mohammed Zahrani respectfully request that the Court enter the Amended

Protective Orders (collectively, "Protective Order")[1] first entered by Judge Green, *In re

Guantánamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004), and thereafter entered

as a matter of procedure in cases brought by hundreds of prisoners held at the United

States Naval Base at Guantánamo Bay ("Guantánamo").

**ARGUMENT**

It is well established that Guantánamo detainees have a right of access to counsel.

In *Al Odah v United States*, 346 F. Supp. 2d 1, 8 (D.D.C. 2004), Judge Kollar-Kotelly

held that detainee petitioners "are entitled to counsel, in order to properly litigate the

---

[1] Copies of the orders that collectively constitute the Protective Order are attached as
Exhibits 1 through 3.  In filing this motion on Petitioners' behalf, undersigned counsel do
not waive Petitioners' right to challenge the terms of the protective order in future
proceedings as appropriate.

CHICAGO_1381500_3

habeas petitions presently before the Court and in the interest of justice." *Id.* at 8. She observed that "this Court's ability to give Petitioners' claims the 'careful consideration and plenary processing' which is their due would be stymied were Petitioners to proceed unrepresented by counsel." *Id.* Accordingly, she crafted a framework that ensured petitioners' access to counsel while addressing "Respondents' legitimate national security concerns." *Id.* at 13, 15. Judge Green later entered a comprehensive protective order under this framework in *In re Guantánamo Detainee Cases,* 344 F. Supp. 2d at 175, that has been applied in more than 175 detainee habeas cases, including at least eight cases before this Court. *See, e.g., Al-Shamri v. Bush*, No. 05-CV-0551 (D.D.C. April 14, 2005); *Al-Rashaidan v. Bush*, No. 05-CV-586 (D.D.C. April 14, 2005); *Al Daini v. Bush*, No. 05-CV-634 (D.D.C. June 6, 2005); *Ahmed v. Bush*, No. 05-CV-665 (D.D.C. June 24, 2005); *Al-Rubaish v. Bush*, No. 05-CV-1714 (D.D.C. Nov. 1, 2005); *Hamoud v. Bush*, No.05-CV-1894 (D.D.C. Nov. 1, 2005); *Othman v. Bush*, No. 05-CV-2088 (D.D.C. Dec. 1, 2005); and *Zahir v. Bush*, No. 05-CV-1623 (D.D.C. Dec. 14, 2005). *See also Khiali-Gul v. Bush*, No. 05-CV-877 (JR) (D.D.C. Jan. 6, 2006) and *Wahab v. Bush*, 05-886 (EGS) (D.D.C., Jan. 10. 2005).

Pursuant to United States Department of Defense and Department of Justice procedures, undersigned counsel are prohibited from meeting with Petitioners until the Protective Order is entered. In the absence of such an order, counsel are also prohibited from sending or receiving mail to or from Petitioners and are therefore unable to initiate or establish a functioning attorney-client relationship. Entry of the Protective Order will thus ensure that counsel are able to meet and communicate with Petitioners with the appropriate assurances of confidentiality and privilege.

On March 14, 2006, Petitioners' counsel informed Respondents' counsel that Petitioners intended to file this motion, and asked whether Respondents would agree to the relief requested herein. Respondents' counsel informed Petitioners' counsel that Respondents oppose entry of the Protective Order.

## CONCLUSION

For the foregoing reasons, Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani request that the Protective Order entered in *In re Guantánamo Detainee Cases* be entered as soon as is practicable.


Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners          Dated:  March 15, 2006

Thomas P. Sullivan
David J. Bradford                                 David W. DeBruin (DDC Bar No. 337626)
Patricia A. Bronte                                JENNER & BLOCK LLP
Wade A. Thomson                                   601 Thirteenth Street, N.W., Suite 1200
Maya D. Nath                                      Washington, D.C.  20005-3823
Omar R. Akbar                                     Tel: (202) 639-6000
JENNER & BLOCK LLP                                Fax: (202) 639-6066
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of the Motion for Entry of Protective

Order, Petitioners' Memorandum of Points and Authorities in support of Motion for

Entry of Protective Order and Draft Protective Order were served upon the following

person by e-mail and ECF on the 15th day of March, 2006:


       Preeya M. Noronha
       Trial Attorney
       Civil Division
       Federal Programs Branch
       20 Massachusetts Ave., NW
       Washington, DC 20530
       Email: preeya.noronha@usdoj.gov


                /s/ David W. DeBruin
                David W. DeBruin