IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY ) | No. 1:05 CV 02384 (RWR) |
| BRIG. GEN. JAY HOOD, and ARMY COL. MIKE ) | |
| BUMGARNER, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**[DRAFT] PROTECTIVE ORDER**

Having considered Petitioners' Motion for Protective Order and Memorandum of Points and Authorities in support thereof, as well as the entire record in the above-captioned case, it is hereby

ORDERED, that the Amended Protective Order and Procedures for Counsel access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantánamo Detainee Cases*, Civil Action No. 02:0299 (JHG), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantánamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantánamo Detainee Cases*, shall apply in the above-captioned case.

2

IT IS SO ORDERED.

Signed this ____ day of _____, 2006.

                                                                                                  _____
                                                                                                  UNITED STATES DISTRICT JUDGE