IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | No. 1:05 CV 02384 |
| ARMY BRIG. GEN. JAY HOOD, and ARMY ) | (RWR) |
| COL. MIKE BUMGARNER, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

## MOTION

Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani ("Petitioners"), by their counsel, Thomas P. Sullivan and David W. DeBruin, request this Court to issue an order directing Respondents to explain in writing why they are continuing to detain Petitioners in the Guantánamo Bay detention facility, including but not limited to the unredacted so-called "factual returns" which resulted from hearings regarding Petitioners before the Combatant Status Review Tribunal (CSRT).

As set forth more fully in the accompanying memorandum of law, Petitioners' counsel are informed and believe that Respondents have detained Petitioners for approximately four years, have evaluated their status, and have held a hearing as to each Petitioner before a CSRT, which has resulted in each case in

CHICAGO_1385424_1

the preparation of what is known as the "factual return," or record of the CSRT hearing.

In accordance with LCvR 7(m), counsel for Petitioners discussed this motion with counsel for Respondents, and counsel for Respondents confirmed that Respondents object to the relief sought herein.

Dated:  March 23, 2006

Respectfully submitted,


/s/ David W. DeBruin

| David W. DeBruin | Thomas P. Sullivan |
| --- | --- |
| JENNER & BLOCK LLP | JENNER & BLOCK LLP |
| 601 Thirteenth Street, N.W., Suite 1200 | One IBM Plaza |
| Washington, D.C. 20005-3823 | Chicago, IL  60611 |
| Tel: (202) 639-6000 | Tel: (312) 923-9350 |
| Fax: (202) 639-6066 | Fax: (312) 527-0484 |

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

Attorneys for Petitioners

CHICAGO_1385424_1