## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | No. 1:05 CV 02384 |
| ARMY BRIG. GEN. JAY HOOD, and ARMY ) | (RWR) |
| COL. MIKE BUMGARNER, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

## [DRAFT] ORDER

Having considered Petitioners' Motion and any response and reply thereto by Respondents, the Court hereby

ORDERS that the Motion is GRANTED on or before _____, 2006, and

IT IS FURTHER ORDERED that Respondents shall file and serve upon Petitioners' counsel a written explanation as to why they are continuing to detain Petitioners in the Guantánamo Bay detention facility, including but not limited to the unredacted so-called "factual returns" which resulted from hearings regarding Petitioners before the Combatant Status Review Tribunal (CSRT).

2

Dated:_____, 2006

_____
United States District Judge

2