IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. ) | No. 1:05 CV 02384 (RWR) |

### PETITIONERS' AMENDED REQUEST FOR EXPEDITED RULING

Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani respectfully request an expedited ruling on their Motion for Entry of Protective Order, filed on March 15, 2006. In support of their request, Petitioners state as follows:

1.  Petitioners filed their Motion for Entry of Protective Order and Memorandum of Points and Authorities in support thereof on March 15, 2006 (the "Motion"), in order to facilitate counsel's access to Petitioners.

2.  Petitioners' counsel received ECF notification that Respondents filed a response to the Motion after the close of business on March 30, 2006. To the knowledge of Petitioners' counsel, Respondents did not file a motion for leave to file the response out of time.

3.  Petitioners' counsel, Patricia A. Bronte, is scheduled to be at Guantánamo Bay Naval Base on Friday and Saturday, April 7 and 8, 2006. Petitioners request that this

CHICAGO_1388616_1

Court issue an expedited ruling on the Motion so that, in the event the Motion is granted, Ms. Bronte may meet with some of the Petitioners at that time.

Respectfully submitted,

| | |
|---|---|
| /s/ David W. DeBruin | Dated:  March 31, 2006 |
| One of the Attorneys for the Petitioners | |

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| David J. Bradford | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| Wade A. Thomson | Washington, D.C.  20005-3823 |
| Maya D. Nath | Tel: (202) 639-6000 |
| Omar R. Akbar | Fax: (202) 639-6066 |
| JENNER & BLOCK LLP | |
| One IBM Plaza | |
| Chicago, IL  60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Amended Request for Expedited Ruling were served upon the following person by e-mail and ECF on the 31st day of March, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC 20530
>Email: preeya.noronha@usdoj.gov

       /s/ David W. DeBruin
       David W. DeBruin