IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALIM SAID, *et al.*,  )<br>  )<br>   Petitioners,  )<br>  )<br> v.  )<br>  )<br>GEORGE W. BUSH,  )<br>  President of the United States,  )<br>  *et al.*,  )<br>  )<br>   Respondents.  )<br>  ) | Civil Action No. 05-CV-2384 (RWR) |

**RESPONDENTS' MEMORANDUM IN OPPOSITION TO
PETITIONERS' AMENDED REQUEST FOR EXPEDITED RULING**

Respondents hereby oppose petitioners' request for an expedited ruling on their motion for entry of the protective order in this case.

In their Amended Request for Expedited Ruling (dkt. no. 12), petitioners suggest that respondents failed to submit a timely response to petitioners' Motion for Entry of Protective Order (dkt. no.6), which was filed and served on respondents via the Court's ECF system on March 15, 2006. See Pets' Amended Request for Expedited Ruling at 1 ("Petitioners' counsel received ECF notification that Respondents filed a response to the Motion after the close of business on March 30, 2006. To the knowledge of Petitioners' counsel, Respondents did not file a motion for leave to file the response out of time."). To the contrary, respondents' memorandum in opposition to petitioners' motion was filed within the time limitations provided by the Federal Rules of Civil Procedure and the Local Rules of this Court. Pursuant to Local Rule 7(b), a memorandum in opposition to a motion must be filed "[w]ithin 11 days of the date of service or at such other time as the Court may direct." LCvR 7(b). The computation of this

11-day period is governed by Rule 6 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 6(a). According to Rule 6(a), when computing a prescribed period of time, the day on which the designated period of time begins shall not be included, but "[t]he last day of the period so computed shall be included, unless it is a Saturday a Sunday, or a legal holiday, . . . in which event the period runs until the end of the next day which is not one of the aforementioned days." Id. Rule 6(e) (as amended, effective December 1, 2005) further provides that "3 days are added after the prescribed period would otherwise expire under subdivision (a)." Fed. R. Civ. P. 6(e).

In this case, respondents were served with petitioners' motion via the Court's ECF system on March 15, 2006. Under Rule 6(a), because the last day of the 11-day period to respond to petitioners' motion fell on a Sunday, the deadline for filing a response was Monday, March 27, 2006. Rule 6(e), in turn, enlarged this period by three days, which extended the deadline for filing a response to March 30, 2006. See also Adv. Comm. Note to Fed. R. Civ. P. 6 (2005 Amendments). Respondents filed and served on counsel for petitioners their Memorandum in Opposition to Petitioners' Motion for Entry of the Protective Order (dkt. no. 9) via the Court's ECF system on March 30, 2006, within the deadline required by the Federal Rules of Civil Procedure and the Local Rules of this Court.[1]

For these reasons, and the reasons expressed in respondents' memorandum in opposition to petitioners' motion for protective order, petitioners' request should be denied.

---

[1] Petitioners' reference to respondents' filing their memorandum after the "close of business" on March 30, 2006 is also puzzling, given that parties are permitted until midnight on the date a pleading is due to electronically file it, unless otherwise ordered by the Court.

Dated: April 3, 2006                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents