# Exhibit 1

## AFFIDAVIT OF THOMAS P. SULLIVAN

1. This affidavit is submitted in support of the motion of the five petitioners, Messrs. Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani ("the Petitioners") for the entry of a Protective Order and for unredacted factual references, dated March 23, 2006.

2. As shown by my attached resume, I have practiced law with the Chicago firm of Jenner & Block since 1954, except during my service as United States Attorney for the Northern District of Illinois during 1977 to 1981.

3. In February, 2006, I agreed with Ms. Gitanjali Gutierrez of the Center for Constitutional Rights in New York City that my partners and I would undertake the representation of the Petitioners, without charge, in connection with their Petition For a Writ of Habeas Corpus entitled <u>Said, et al v. Bush, et al</u>, No. 1:05 CV 02384, pending in the District Court for the District of Columbia before Hon. Richard W. Roberts. Several of my partners and associates and I have filed our appearances as attorneys for the Petitioners in this case, and we are prepared to sign the standard Protective Order relating to our clients in this case.

4. My partners and I desire to visit the Petitioners in the Guantánamo Bay prison, and consult with them face-to-face regarding their being held prisoners, and advise them as to how they may proceed in order to obtain release

from custody, either through this habeas corpus proceeding, or through the procedures to be put in place by the Department of Defense in accordance with the Detainee Treatment Act.

5. Several of my partners and I are authorized to visit the Guantánamo Bay prison. We have received the necessary security clearances. We have visited other clients who are held prisoner at the Guantánamo Bay prison.

6. As shown in Respondents' memorandum in opposition to the Petitioners' Motion filed dated march 23, 2006, Respondents oppose the entry of a Protective Order which would authorize us to visit and consult with the Petitioners at the prison.

7. My partners and I wish to consult with the Petitioners as soon as feasible, so that we may begin to take the necessary actions and make the necessary arrangements to assist the Petitioners in securing release from custody. Even if the courts ultimately determine that the Petitioners are subject to procedures under the Detainee Treatment Act, we need to consult with the Petitioners so as to assist them in preparing for whatever hearings are adopted, including potential hearings before Combatant Status Review Tribunals, Administrative Review Boards, or the like, and the Court of Appeals for the District of Columbia Circuit. It is our judgment, based on our many collective years of experience as lawyers, that in order to afford Petitioners proper legal

counsel, we should consult with them as soon as it is reasonably possible for us to do so.

/s/ Thomas P. Sullivan
Thomas P. Sullivan

Subscribed and sworn to before me
this /0th day of April, 2006

/s/ Therese O'Hara

CHICAGO_1391190_1

[Notary Seal: "OFFICIAL SEAL" THERESE P. O'HARA, Notary Public, State of Illinois, My Commission Expires]

3

# THOMAS P. SULLIVAN

*Partner • Jenner & Block LLP • One IBM Plaza • Chicago, IL 60611*
*(312) 923-2928 • (312) 840-7328 - Fax*
*tsullivan@jenner.com*

Born: March 23, 1930, Evanston, Illinois.

Education and Service:

    1947-49  Loras College, Dubuque, Iowa.

    1949-52  Loyola University School of Law, Chicago, Illinois, LL.B., cum laude, 1952; Editor, Student Law Journal, 1952.

    1952-54  United States Army. Served at Fort Bliss, Texas and Taegu, Korea. Discharged as Sergeant.

Professional:

    Law firm of Jenner & Block, October, 1954 to July, 1977, and May 1, 1981 to present.

    Practice primarily trials and appeals of civil and criminal cases, internal investigations, arbitration and mediation.

    United States Attorney for the Northern District of Illinois, July 19, 1977 to April 30, 1981.

    Admitted to practice: Illinois (1952), California (1981) and New Mexico (1997).

Professional Activities:

    Author and speaker on subjects relating to trials and appeals of civil and criminal cases, criminal justice reform, and police investigatory procedures.

    Lecturer at Loyola University School of Law (night school) on federal and state civil practice and procedure, 1961-67.

    Member, Illinois Supreme Court Committee on Jury Instructions in Criminal Cases, 1961-1968.

    Member, Illinois Supreme Court Rules Committee, 1972-1977.

Chicago Bar Association (Chairman, Defense of Indigent Prisoners Committee, 1958-1959; Chairman, Operation of Circuit Court Committee, 1968-1969).

Illinois State Bar Association (Member, Board of Governors, 1961-1962 and 1968-1972; Chairman, Junior Bar Section, 1959-1960; Chairman, Civil Practice and Procedure Section, 1963).

Member, California Bar Association; New Mexico Bar Association.

American Bar Association (Chairman, Illinois Committee on Defense of Indigent Persons, 1963-1969); Member, Steering Committee, Death Penalty Moratorium Implementation Project (2003- ).

American Judicature Society (Member, Judicial Independence and Accountability Task Force (2003- ); Member, Commission on Forensic Science and Public Policy (2005- )).

Federal Bar Association; Bar Association of the Seventh Federal Circuit; Chicago Council of Lawyers; American Law Institute; Lawyers Club of Chicago; National Association of Criminal Defense Lawyers; American Board of Criminal Lawyers.

Member, Federal Criminal Jury Instruction Committee of the Seventh Circuit, 1977-1980, 1982-1985.

Fellow, American College of Trial Lawyers.

Member, Board of Directors, Constitutional Rights Foundation Chicago.

Chairman, United States Senate Nominations Commission, Northern District of Illinois (1997-1998).

Member, American Arbitration Association, Large Complex Case Panel.

Member, CPR Institute For Dispute Resolution.

Co-Chair, Illinois Governor's Commission On Capital Punishment (2000-02).

Independent Monitor, Chicago Housing Relocation Process, 2002 and 2003.

Chair, Northwestern University Law School Center on Wrongful Convictions Advisory Board (2004- ).

Chair, Illinois Capital Punishment Reform Study Committee (2005- ).

Awards:

    Loyola University Law School - Medal of Excellence Award (1965); Damen Award (2004).

    Illinois Public Defender Association - Award for Contribution of Service to the Indigent Accused (1972).

    Constitutional Rights Foundation of Chicago - Service Award (1990); Bill of Rights in Action Award (1993).

    American Alliance for Rights & Responsibilities - Civitas Award for exceptional service (1994).

    Chicago Bar Foundation and Chicago Bar Association - Justice John Paul Stevens Award (2000).

    American Bar Association Section of Litigation - John Minor Wisdom Public Service and Professionalism Award (2003).

    Northwestern University Center on Wrongful Convictions Award for commitment to fairness and justice (2003).

    Albert E. Jenner, Jr. Award for exceptional legal services to the needy (2003).

    Laureate, Illinois State Bar Association Academy of Illinois Lawyers (2004).

    American Judicature Society - Justice Award (2004).

    Chicago Lawyer - 2004 Person of the Year Award (2004).

    Legal Assistance Foundation of Metropolitan Chicago - Lifetime Achievement Award (2005).