# Exhibit 2

**Exhibit 1 to Petition**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| SAILM SAID, *et al.*, )<br>)<br>Petitioners, )<br>)<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, *et al.* )<br>)<br>Respondents. ) | Civil Action No. _____ |

### DECLARATION BY GITANJALI S. GUTIERREZ

I, Gitanjali S. Gutierrez, under penalty of perjury declare that the following statements are true to the best of my knowledge, information and belief:

1. I am an attorney with the Center for Constitutional Rights (CCR), duly licensed to practice law in the State of New York and am counsel for Petitioners in the above-captioned matter. I make this declaration in support of Petitioners' Petition for Writ of Habeas Corpus.

2. Attorneys from the law firm of Allen & Overy sent CCR a letter written by Petitioner Salim Said, a prisoner at Guantanamo and citizen of Saudi Arabia, seeking legal representation to challenge his detention, attached as Exhibit A. Allen & Overy asked that attorneys at CCR provide Petitioner Said with legal representation in response to his request, which we have agreed to do.

3. Clive Stafford Smith, Esq., sent CCR an authorization from Sami Muhyideen to file a habeas petition as a Next Friend on behalf of Saad Al Qahtaani, a citizen of

    Saudi Arabia imprisoned in Guantanamo, to challenge the legality of his detention, attached as Exhibit B. Mr. Muhyideen is imprisoned at Guantanamo with Petitioner Al Qahtaani and the authorization evidences Petitioner's Al Qahtaani's desire for direct legal representation. Alternatively, Mr. Muhyideen also understands the meaning of "Next Friend" and understands that Petitioner Al Qahtaani seeks legal assistance to challenge his detention. If Petitioner Al Qahtaani is unable to secure legal representation on his own, based upon Mr. Muhyideen's close relationship with Petitioner Al Qahtaani, Mr. Muhyideen seeks to act as Petitioner Al Qahtaani's Next Friend. Mr. Stafford Smith has also requested that attorneys at CCR provide legal representation to Petitioner Al Qahtaani, which we have agreed to do.

4.   Clive Stafford Smith, Esq., also sent CCR a Notification to represent Petitioner Bandar Al Jaabir directly and, alternatively, a Next Friend Authorization from Jamal Kiyemba to file a habeas petition on behalf of Petitioner Al Jaabir, attached as Exhibit C. Petitioner Al Jaabir is a citizen of Saudi Arabia imprisoned in Guantanamo who seeks to challenge the legality of his detention. The Notification is evidence of Petitioner Al Jaabir's desire for direct legal representation. Alternatively, Mr. Kiymeba is imprisoned at Guantanamo with Petitioner Al Jaabir. Mr. Kiyemba understands the meaning of "Next Friend" and understands that Petitioner Al Jaabir seeks legal assistance to challenge his detention. If Petitioner Al Jaabir is unable to secure legal representation on his own, based upon Mr. Kiyemba's close relationship with Petitioner Al Jaabir, Mr. Kiyemba seeks to act as Petitioner Al Jaabir's Next Friend. Mr. Stafford Smith

has also requested that attorneys at CCR provide legal representation to Petitioner Al Jaabir which we have agreed to do.

5. Clive Stafford Smith, Esq., also sent CCR a Next Friend Authorization to from Omar Deghayes to file a habeas petition on behalf of Petitioner Mohammed Zahrani, attached as Exhibit D. Petitioner Zahrani is a citizen of Saudi Arabia imprisoned in Guantanamo who seeks to challenge the legality of his detention. The Authorization is evidence of Petitioner Zahrani's desire for direct legal representation. Alternatively, Mr. Deghayes is imprisoned at Guantanamo with Petitioner Zahrani. Mr. Deghayes understands the meaning of "Next Friend" and understands that Petitioner Zahrani seeks legal assistance to challenge his detention. If Petitioner Zahrani is unable to secure legal representation on his own, based upon Mr. Deghayes's close relationship with Petitioner Zahrani, Mr. Deghayes seeks to act as Petitioner Zahrani's Next Friend. Mr. Stafford Smith has also requested that attorneys at CCR provide legal representation to Petitioner Zahrani which we have agreed to do.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on December 10, 2005.

*Gitanjali Gutierrez*
Gitanjali S. Gutierrez

# Exhibit 1A to Petition

SENDER:

Name (Last, first MI) Said, Salah

Internment Serial Number [illegible]

Date and Place of Birth

Name of Camp GTMO

Country where posted

(Fold on this line)

MAIL LETTER

Language English

To Neha singh Gohil Allen & overy LLP

Street 1221 Avenue of the Americas

City New York 10020

Country U.S.A

Province or Department

(Fold on this line)

Do not write here

(Fold on this line)

DA FORM 2667-R, May 82 EDITION OF 1 JUL 60 IS OBSOLETE. For use of this form, see AR 190-8; the proponent agency is DCSPER.

DO NOT WRITE BEYOND HEAVY LINES

I hope you are doing well. really I do not know what I have to write here but first thing consider my English is not very well. maybe you will be wonder when you read my letter and maybe you will open your eyes but after that you will smile... I am sure about the smile..... before tow days I found your address ▓▓▓▓▓▓▓▓▓▓

Then I thought how I can give you my address but after that I decided to send a letter to you through the military mail and I hope you get it. You will find my home address last of letter but I hope you talk to me just me, unless if that is not enough to you, you can talk to my father but when he is accept that the law firm of Allen & overs to represent me. let me know about that. I hope you get my letter in short time and I will waiting for the answer.

Sincerely,

Salem

my father address in saudi
Abdellah said Al-shihri
P.O Box 50974
city Khames mushait 61311
King dom of saudi arabia
tell: 07 250 1729
mobile: 055 4797 822

## Exhibit 1B to Petition

I, SAMI MUHYIDEEN, UNDERSTAND THE TERM "NEXT FRIEND" AND THE FOLLOWING PEOPLE WANT LAWYERS AND WANT ME ALTERNATIVELY TO ACT AS THEIR NEXT FRIEND AND HAVE CLIVE STAFFORD-SMITH OR AN ATTORNEY DESIGNATED BY HIM ASSERT ALL THEIR LEGAL RIGHTS:

* * *

SAAD AL QAHTANY            (200) KSA            (English)

July 1, 2005

/s/ Sami Mohyeldin Mohamed

Witness:

/s/ Clive Stafford-Smith

**Exhibit 1C to Petition**

## AUTHORIZATION & NOTIFICATION

I, JAMAL KIYEMBA, UNDERSTAND THE LEGAL TERM "NEXT FRIEND" AND FIRMLY BELIEVE THAT THE FOLLOWING PEOPLE (AS ATTACHED), WHO I HAVE COME TO KNOW DURING MY CAPTIVITY SINCE MARCH 2002, WANT ME TO ACT AS THEIR "NEXT FRIEND", AND AUTHORIZE CLIVE STAFFORD SMITH TO SEEK ANY LEGAL REDRESS ON THEIR BEHALF THAT IS POSSIBLE, AND I SO AUTHORIZE HIM. I ALSO SUBMIT THIS DOCUMENT AS EVIDENCE, INDEPENDENT OF THEIR RELIANCE UPON ME AS "NEXT FRIEND", OF THEIR SPECIFIC DESIRE FOR A LAWYER AND FOR A LEGAL CHALLENGE TO THE ILLEGALITY OF THEIR DETENTION BY THE UNITED STATES OF AMERICA.

THIS AUTHORIZATION & NOTIFICATION APPLIES TO ALL PERSONS LISTED ON THE ATTACHED LISTS, AS INITIALED BY ME.

MARCH 10TH, 2005.

/s/ Jamal Kiyemba

\*\*\*

## NAMES OF DETAINEES

\*\*\*

| 11 | BANDAR AL JAABIR | SAUDI | CAMP I | (ARABIC) |

\*\*\*

/s/ J.K. Kiyemba

**Exhibit 1D to Petition**

Next Friend Authorization

I, Omar Deghayes, understand what the U.S. Legal term "next friend" means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

* * *

MOHAMMED ZAHRANI ( ) K.S.A. (CAMP V) ARABIC

* * *

/s/ Omar Deghayes
Name:

Witness:

/s/ Clive Stafford-Smith