IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID,** | ) |
| | ) |
| **ANWAR HANDAN AL SHIMMIRI,** by and through his next friend, **SULAIMAN HONAHEEM ALOWAIDAH,** | ) ) ) ) |
| | ) |
| **SAAD AL QAHTAANI,** by and through his next friend, **SAMI MUHYIDEEN,** | ) ) ) |
| | ) |
| **BANDAR AL JAABIR,** by and through his next friend, **JAMAL KIYEMBA,** | ) ) ) |
| | ) Case No. 1:05 CV 02384 RWR |
| **MOHAMMED ZAHRANI,** by and through his next friend, **OMAR DEGHAYES,** | ) ) ) |
| *Petitioners,* | ) |
| v. | ) |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD,** and **ARMY COL. MIKE BUMGARNER,** | ) ) ) ) |
| *Respondents*. | ) |

## ATTORNEY APPEARANCE

Undersigned counsel, Jeffrey D. Colman, hereby enters his appearance as one of the counsel for Petitioners in the above-captioned cases.

Respectfully submitted,

___/s/ Jeffrey D. Colman_____        Dated: April 12, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
Wade A. Thomson
Maya D. Nath
Omar R. Akbar
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Attorney Appearance of Jeffrey D. Colman was served upon the following person by e-mail and ECF on the 12th day of April, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

>/s/ David W. DeBruin _____