IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY )<br>BRIG. GEN. JAY HOOD, and ARMY COL. MIKE )<br>BUMGARNER, )<br>)<br>  Respondents. )<br>)<br>) | No. 1:05 CV 02384 (RWR) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Thomas P. Sullivan in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners

Dated:  April 17, 2006

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
Wade A. Thomson
Maya D. Nath
Omar R. Akbar
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

CHICAGO_1388561_2

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Thomas P. Sullivan were served upon the following person by e-mail on the 17th day of April, 2006:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

      /s/ David W. DeBruin