IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>)<br>) | No. 1:05 CV 02384 (RWR) |

**EMERGENCY MOTION FOR ORDER DIRECTING
RESPONDENTS TO COMPLY WITH PROTECTIVE ORDER
AND TO FACILITATE ATTORNEY MEETINGS WITH PETITIONERS**

Petitioners, together with their next friends, by their counsel, respectfully move for an order, consistent with Your Honor's Minute Order of April 12, 2006, requiring Respondents to permit and facilitate the visits between Petitioners and their lawyers scheduled for June 6 to 10, 2006. In support of this Motion, Petitioners submit the attached affidavit of Jeffrey D. Colman, and state the following:

1.	Since March 15, 2006, four lawyers (Thomas P. Sullivan, Jeffrey D. Colman, Patricia A. Bronte and Maya D. Nath) at Jenner & Block in Chicago have been making plans, consistent with the requirements set forth by Respondents, to visit eight clients at the Guantánamo Bay prison. Five of those clients are the Petitioners in this case. Jenner & Block is representing these eight men *pro bono publico* and our law firm has expended significant resources on this representation.

2.	In order to make the appropriate arrangements for this June visit, we were required, because of Respondents' objections, to file a contested motion before Your Honor for

CHICAGO_1403052_7

entry of the protective order in this case. That motion was filed on March 15, 2006. Respondents previously had agreed to the entry of the protective order in our other cases. In this case, however, Respondents opposed our motion and argued, among other things, that the next friend authorizations of Petitioners Al Jaabir, Zahrani, and Al Qahtaani, were improper. (Opp. at 3-13.)[1] The question was fully briefed by both sides.

3. On April 12, 2006, Your Honor granted Petitioners' Motion for Entry of a Protective Order. The Court's Minute Order reads: "To permit counsel access to petitioners, it is hereby ORDERED that a Protective Order shall be entered."

4. On April 13, immediately after receiving Your Honor's order, Jeffrey D. Colman called one of Respondents' counsel, Andrew Warden, the DOJ Guantánamo Bay visit coordinator, and asked if a visit the week of June 5, 2006 could be accommodated. Mr. Warden told Mr. Colman that the Guantánamo Bay schedule was clear that week, and that Jenner & Block attorneys should have no problem making the visits the week of June 5. (Affidavit of Jeffrey D. Colman, at ¶ 3, attached hereto as Exhibit A.)

5. On April 18, consistent with Respondents' requirements, Mr. Colman sent Mr. Warden a letter with Habeas Visitation Coordination Sheets (attached hereto as Exhibit B) specifically setting forth the requested dates and a schedule to meet with each of the eight prisoners, including the five who are Petitioners in this case. In addition, we have done the following:

---

[1] Respondents have not challenged the standing of Petitioner Salim Said or the next friend standing of Petitioner Suliman Honaheem Alowaidah, and accordingly have not obstructed our planned visits with them.

2

CHICAGO_1403052_7

    (a)    Retained the services of two translators with security clearances (Ashraf Michael and Felice Bezri) to make a trip to Guantánamo Bay during the week of June 5, 2006. They have declined employment with other law firms for that week of June. The already committed cost for their services (to be paid by Jenner & Block) is $14,750 ($1,475 per day per translator for five days in Guantánamo) plus travel expenses and hotel charges.

    (b)    Booked non-refundable airline tickets for the four lawyers and two translators at a cost of $4,458.80.

    (c)    Rearranged matters on other client matters and scheduled personal family matters around the Guantánamo visits. (Ex. A, at ¶ 4.)

6.    At no time between April 18 and May 9 did Respondents raise any question about whether the planned June visit would be permitted.

7.    In a conference call with Your Honor's law clerk on May 9 to discuss the Petitioners' pending motion for factual returns, Mr. Warden stated his view that the next friends issue is still pending before the Court in the context of the request for factual returns. Then, on May 10, Mr. Warden notified us that Respondents "cannot consent to counsel meeting with petitioners Al Jaabir, Zahrani (even assuming we can identify him), and Al Qahtaani" because those Petitioners had not directly authorized the filing of their habeas petitions, and their purported next friends, Jalam Kiyemba, Omar Deghayes, and Sami Muhyideen, had not established proper standing.[2] (May 10, 2006 email of Andrew Warden, attached hereto as Exhibit C.)

8.    Respondents' refusal to let us meet with Petitioners Al Jaabir, Zahrani, and Al Qahtanni is inconsistent with the April 12 Order entered by Your Honor, and with the position

---

[2] Mr. Warden has stated that "[t]he government has not been able to identify 'Mohammed Zahrani' as a detainee at GTMO." (Ex. C.) We informed Mr. Warden that we believe his Internment Serial Number ("ISN") is 713. This is based on the list of Guantánamo Bay prisoners produced by the government on April 19, 2006, which identifies Muhammed Murdi Issa Al Zahrani as prisoner 713 from Saudi Arabia. (A copy of the list is attached as Exhibit D.)

3

Mr. Warden took with us prior to May 10. The next friend issue was briefed by both Petitioners and Respondents. Your Honor's Minute Order and the Protective Order make no reservations regarding the authorization or next friend status of any Petitioner. Your Honor's April 12 Order is consistent with the March 21, 2006 order in *Adem v. Bush*, in which Magistrate Judge Kay ruled that the relevant protective order "manifestly does not require evidence of authority to represent a detainee as a ***prerequisite*** to counsel meeting with a detainee…[and] the Protective Order would still grant counsel two visits with [Petitioners] before any challenge to [] standing as next friend would be ripe." (*Adem v. Bush*, 05-CV-723, (RWR) (AK) (dkt. no. 36), March 21, 2006 Memorandum Opinion at 5, emphasis in original.) Respondents moved for reconsideration of Magistrate Judge Kay's Opinion and, in an April 28 Opinion and Order, Your Honor denied Respondents' motion, noting that "[i]t would be unconscionable to tether a detainee's access to counsel" to the restrictions proposed by Respondents. (*Adem v. Bush*, 07-723, (RWR) (AK) (dkt. no. 42), April 28, 2006 Order, at 16.)

9. Like the petitioners in *Adem*, Petitioners Al Jaabir, Zahrani, and Al Qahtanni have presented sworn statements demonstrating they are seeking lawyers to represent them. (Exhibit 2 to Petitioners' Response of April 10, 2006 (dkt. no.14).) As Your Honor held in *Adem*, "[u]nder the circumstances, where the detainees' ability to freely and timely communicate with the outside world is severely compromised, counsel have provided prima facie evidence of authority to represent [Petitioners]." (*Adem v. Bush*, 07-723, (RWR) (AK) (dkt. no. 42), April 28, 2006 Order, at 15.)

10. In accordance with LCvR 7(m), we conferred with Mr. Warden regarding this motion. Mr. Warden declined to agree to the relief requested in the motion.

4

11. As Your Honor will readily observe, there is some urgency to this matter. We respectfully submit that there is no need for further briefing on this issue. However, in the event Your Honor allows for additional briefing, we request that Respondents be allowed two days to respond.

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners          Dated: May 11, 2006

Thomas P. Sullivan                    David W. DeBruin (DDC Bar No. 337626)
Jeffrey D. Colman                     JENNER & BLOCK LLP
Patricia A. Bronte                    601 Thirteenth Street, N.W., Suite 1200
Maya D. Nath                          Washington, D.C. 20005-3823
JENNER & BLOCK LLP                    Tel: (202) 639-6000
One IBM Plaza                         Fax: (202) 639-6066
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484


*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Emergency Motion For Order Directing Respondents To Comply With Protective Order And To Facilitate Attorney Meetings With Petitioners and the Draft Order were served upon the following person by electronic filing and e-mail on the 11th day of May, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC 20530
>email: preeya.noronha@usdoj.gov

>/s/ David W. DeBruin

CHICAGO_1403052_7