IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>)<br>) | No. 1:05 CV 02384 (RWR) |

**[DRAFT] ORDER REQUIRING RESPONDENTS TO COMPLY WITH PROTECTIVE ORDER AND TO FACILITATE ATTORNEY MEETINGS WITH PETITIONERS**

Having considered Petitioners' Emergency Motion for Order Directing Respondents to Comply with Protective Order and to Facilitate Attorney Meetings with Petitioners, and any response and reply thereto, the Court determines that the Petitioners have demonstrated that an order should be issued requiring Respondents to permit and facilitate the visits between Petitioners and their lawyers scheduled for June 6 to 10, 2006. Accordingly, the Petitioners' Motion is GRANTED. Respondents shall permit and facilitate the visits between petitioners and their lawyers scheduled for June 6 to 10, 2006. IT IS SO ORDERED.

Dated:_____, 2006

                                                                                                    _____
                                                                                                    United States District Judge