# Exhibit A

Case 1:05-cv-02384-UNA   Document 19-3   Filed 05/11/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>)<br>) | No. 1:05 CV 02384 (RWR) |

### AFFIDAVIT OF JEFFREY D. COLMAN

1. This affidavit is submitted in support of the emergency motion of the five petitioners, Messrs. Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtaani, Bandar Al Jaabir and Mohammed Zahrani ("Petitioners"), for entry of an order directing Respondents to comply with the Protective Order and to facilitate attorney meetings with Petitioners scheduled for June 6 to 10, 2006.

2. I am a partner at the Chicago law firm of Jenner & Block and one of the attorneys representing Petitioners. My colleagues at Jenner & Block and I represent nine prisoners at the Guantánamo Bay prison, including the five Petitioners in this case.

3. On April 13, 2006, immediately after receiving Your Honor's order entering the Protective Order in this case, I called Respondents' counsel, Andrew Warden, and asked if a visit the week of June 5 could be accommodated. Mr. Warden acts as DOJ coordinator for lawyer visits to the Guantánamo Bay prison. Mr. Warden advised that the Guantánamo schedule was

CHICAGO_1403504_1

clear that week, and that Jenner & Block attorneys should have no problem making the visits the week of June 5.

4.  On April 18, consistent with Respondents' requirements, I sent Mr. Warden a letter and the Habeas Visitation Coordination Sheets specifically setting forth the requested dates and a schedule to meet with eight of the prisoners we represent, including the five who are Petitioners in this case. My letter and the Visitation Sheets are Exhibit B to our Motion. In addition, we have done the following:

(a) Retained the services of two translators (Ashraf Michael and Felice Bezri) with security clearances accompany us to Guantánamo Bay during the week of June 5, 2006. They have declined employment with other law firms for that week of June. The already committed cost for their services (to be paid by Jenner & Block) is $14,750 ($1,475 per day per translator for five days in Guantánamo) plus travel expenses and hotel charges.

(b) Booked non-refundable airline tickets for the four lawyers and two translators at a cost of $4,458.80.

(c) Rearranged matters on other client matters, and scheduled personal family matters around the Guantánamo visits.

5.  At no time between April 18 and May 9 did Respondents' counsel raise any question about whether the planned June visit would be permitted.

6.  In a conference call with Your Honor's law clerk on May 9 to discuss the Petitioners' pending motion for factual returns, Mr. Warden stated his view that the next friends issue is still pending before the Court in the context of the request for factual returns.

7.  Then, on May 10, Mr. Warden notified us that Respondents "cannot consent to counsel meeting with petitioners Al Jaabir, Zahrani (even assuming we can identify him), and Al Qahtaani" because those Petitioners had not directly authorized the filing of their habeas

petitions and their next friends, Jalam Kiyemba, Omar Deghayes, and Sami Muhyideen, had not established proper standing.

8.  Having made our plans and arrangements, both personal and professional, to visit Petitioners during the week of June 5, 2006, we are in need of the Court's assistance in order to obtain the cooperation of Respondents and their agents to facilitate our visits.

_____
Jeffrey D. Colman

Subscribed and sworn to before me
this 11th day of May, 2006

_____
Notary Public

"OFFICIAL SEAL"
YOLANDA CHAGOYA
Notary Public, State of Illinois
My Commission Expires 10/14/2009