# Exhibit B

# JENNER&BLOCK

April 18, 2006

Jenner & Block LLP    Chicago
One IBM Plaza       Dallas
Chicago, IL 60611-7603  New York
Tel 312 222-9350    Washington, DC
www.jenner.com

## VIA E-MAIL

Andrew Warden
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530

Jeffrey D. Colman
Tel  312 923-2940
Fax  312 840-7340
jcolman@jenner.com

Dear Andrew:

Thanks for taking the time to speak with me on the phone last week.  Per our conversation, we have now formally confirmed the translators and we have booked flights to Guantánamo on June 5 and 8 and returning June 8, 9, and 11.  It is my understanding we will be able to interview on Saturday, June 10.

I attach the visit request sheets which I prepared on a lawyer-by-lawyer basis.  Thus, I am submitting separate sheets for Jeff Colman, Tom Sullivan, Pat Bronte, and Maya Nath, although there is some overlap in the schedules.

If one of our attorneys finishes early with his/her client or if that client does not want to meet with the attorney, we would like to have that attorney join any of our other ongoing meetings.  I hope this will be feasible.

Please let me know if I have done this in an appropriate manner or if you need any additional information.  Additionally, we very much would like our colleague, Maya Nath, to join us.  She is awaiting security clearance and was interviewed on February 28, 2006.

Thanks very much for your assistance.  It is very much appreciated.

Sincerely,

Jeffrey D. Colman

JDC:adm
Enclosure
cc:    Thomas P. Sullivan
       Patricia A. Bronte
       Maya D. Nath
       Ashraf Michael
       Felice Bezri

# Habeas Visit Coordination Sheet

**Cases:**   Al-Sibai v. Bush, No. 1:05 CV 01667
Al Jaabir v. Bush, No. 1:05 CV 02384

**Date:** April 18, 2006

**Attorney/Interpreter Information:**

| Name/Role * | Home City/State | SSN | Type clearance | Arrival day/time (including flight times & #s) | Departure day/time (including flight times & #s) |
|---|---|---|---|---|---|
| Thomas P. Sullivan (A) | Wilmette, IL | 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 | secret | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/08/06; Lynx #614; departs at 10:30 a.m. |
| Ashraf Michael (I) | Lemont, IL | 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 | secret | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m. |

* For Attorney indicate with "A", for Interpreter indicate with "I"

**Visit Schedule*:**

| Date | Morning (time) Detainee/Counsel | Afternoon (time) Detainee/Counsel |
|---|---|---|
| 06/06/06 | Al Jaabir/Sullivan | Al Jaabir/Sullivan |
| 06/07/06 | Al Jaabir/Sullivan | Al-Siba'i/Sullivan |

* JTF reserves the right to adjust visit schedule to meet operational needs.

# Habeas Visit Coordination Sheet

**Cases:**    Said v. Bush, No. 1:05 CV 02384
Al Shimmiri v. Bush, No. 1:05 CV 02384

**Date:**    April 18, 2006

## Attorney/Interpreter Information:

| Name/Role * | Home City/State | SSN | Type clearance | Arrival day/time (including flight times & #s) | Departure day/time (including flight times & #s) |
|---|---|---|---|---|---|
| Maya D. Nath (A) | Chicago, IL | 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 | pending | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/09/06; Lynx #614; departs at 8:30 a.m. |
| Felice Bezri (I) | Boston, MA | | secret | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m. |

* For Attorney indicate with "A"; for Interpreter indicate with "I"

## Visit Schedule*:

| Date | Morning (time) Detainee/Counsel | Afternoon (time) Detainee/Counsel |
|---|---|---|
| 06/06/06 | Said/Nath | Said/Nath |
| 06/07/06 | Said/Nath | Said/Nath |
| 06/08/06 | Shimmiri/Nath/Colman | Shimmiri/Nath/Colman |

* JTF reserves the right to adjust visit schedule to meet operational needs.

CHICAGO 1394609_2

**Habeas Visit Coordination Sheet**

**Cases:**    Al-Jutaili v. Bush, No. 1:05 CV 01669
Al Shimmiri v. Bush, No. 1:05 CV 02384

**Date:  April 18, 2006**

Attorney/Interpreter Information:

| Name/Role * | Home City/State | SSN | Type clearance | Arrival day/time (including flight times & #s) | Departure day/time (including flight times & #s) |
|---|---|---|---|---|---|
| Jeffrey D. Colman (A) | Chicago, IL | 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 | secret | 06/07/06; Lynx #512; departs at 3:00 p.m. -- arrives at 6:15 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m.. |
| Felice Bezri (I) | Boston, MA | | secret | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m. |

* For Attorney indicate with "/A"; for Interpreter indicate with "/I"

Visit Schedule*:

| Date | Morning (time) Detainee/Counsel | Afternoon (time) Detainee/Counsel |
|---|---|---|
| 06/08/06 | Al Shimmiri/Colman/Nath | Al Shimmiri/Colman/Nath |
| 06/09/06 | Al Shimmiri/Colman | Al-Jutaili/Colman |
| 06/10/06 | Al-Jutaili/Colman | Al-Jutaili/Colman |

* JTF reserves the right to adjust visit schedule to meet operational needs

CHICAGO 1362441_3

**Habeas Visit Coordination Sheet**

**Cases:**  Al-Bahooth v. Bush, No. 1:05 CV 01666
Saad Al Qahtaani v. Bush, No. 1:05 CV 02384
Zahrani v. Bush, No. 1:05 CV 02384

**Date: April 18, 2006**

Attorney/Interpreter Information:

| Name/Role * | Home City/State | SSN | Type clearance | Arrival day/time (including flight times & #s) | Departure day/time (including flight times & #s) |
|---|---|---|---|---|---|
| Patricia A. Bronte (A) | Evanston, IL | 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 | secret | 06/07/06; Lynx #512; departs at 3:00 p.m. -- arrives at 6:15 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m. |
| Ashraf Michael (I) | Lemont, IL | 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 | secret | 06/05/06; Lynx #510; departs at 3:30 p.m. -- arrives at 6:45 p.m. | 06/11/06; Lynx #618; departs at 9:00 a.m. |

* For Attorney indicate with "A"; for Interpreter indicate with "I"

Visit Schedule*:

| Date | Morning (time) Detainee/Counsel | Afternoon (time) Detainee/Counsel |
|---|---|---|
| 06/08/06 | Al Qahtaani/ Bronte | Al Qahtaani/Bronte |
| 06/09/06 | Al Qahtaani/Bronte | Al-Bahooth /Bronte |
| 06/10/06 | Zahrani/Bronte | Zahrani /Bronte |

* JTF reserves the right to adjust visit schedule to meet operational needs.

CHICAGO 1393336 2