IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, DONALD RUMSFELD, ARMY ) BRIG. GEN. JAY HOOD, and ARMY COL. MIKE ) BUMGARNER, ) ) Respondents. ) ) ) | No. 1:05 CV 02384 (RWR) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Salim Said et al. v. George W. Bush et al., No. 1:05 CV 02384 (RWR), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: May 16, 2006 BY: Maya D. Nath
 (type or print name)

 SIGNED: _[signature]_