IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, et al.,** )<br>)<br>Respondents. ) | No. 1:05 CV 02384 (RWR) |

**PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF
EMERGENCY MOTION FOR ORDER DIRECTING
RESPONDENTS TO COMPLY WITH PROTECTIVE ORDER
AND TO FACILITATE ATTORNEY MEETINGS WITH PETITIONERS**

Petitioners moved for an order, consistent with this Court's Minute Order of April 12, 2006, requiring Respondents to permit and facilitate the visits between Petitioners and their lawyers scheduled for June 6 to 10, 2006.  In their response, Respondents filed a lengthy brief and attached as an exhibit their Motion for Stay and Reconsideration of Magistrate Judge's Order and Opinion Docketed on March 21, 2006 in *Adem v. Bush*, No. 05 CV 0723 (RWR)(AK). Judge Roberts denied Respondents' motion in *Adem* on April 28, 2006.  Petitioners respectfully submit that the issues raised by Respondents' response brief and the attached *Adem* motion have been amply addressed by the orders of Magistrate Judge Kay and Judge Roberts in *Adem,* and by Petitioners' prior submissions to this Court.  Accordingly, Petitioners file this reply memorandum solely to draw the Court's attention to the Memorandum Order entered by this Court in *Doe v. Bush*, No. 05 CV 1704 (JR)(LF)(AK), on May 11, 2006, the same day Petitioners filed the Emergency Motion.

CHICAGO_1406814_1

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners          Dated:  May 22, 2006

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| Maya D. Nath | Washington, D.C.  20005-3823 |
| JENNER & BLOCK LLP | Tel: (202) 639-6000 |
| One IBM Plaza | Fax: (202) 639-6066 |
| Chicago, IL  60611 | |
| Tel: (312) 222-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners' Reply Memorandum in Support of Emergency Motion For Order Directing Respondents To Comply With Protective Order And To Facilitate Attorney Meetings With Petitioners was served upon the following person by electronic filing and e-mail on the 22nd day of May, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

>/s/ David W. DeBruin