IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2384 (RWR) |

### [Proposed] ORDER

Upon consideration of respondents' Motion For Stay and Reconsideration of Magistrate Judge's May 11, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of May 11, 2006 is stayed pending resolution of respondents' motion to reconsider the Memorandum Order.

SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE