IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2384 (RWR) |

## (PROPOSED) ORDER

Having considered Respondents' Motion for Reconsideration of, or an Extension of Time to Comply with, the Court's May 23, 2006 Memorandum Order Requiring the Production of Factual Returns, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents shall submit to the Court and make available to petitioners' counsel factual returns pertaining to the identifiable petitioners in this case within thirty (30) days of the entry of this order.

IT IS SO ORDERED.


Dated: _____          _____
                                      RICHARD W. ROBERTS
                                      United States District Judge