IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., )<br>)<br>    **Petitioner,** )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY )<br>BRIG. GEN. JAY HOOD, and ARMY COL. MIKE )<br>BUMGARNER, )<br>)<br>    **Respondents.** )<br>)<br>) | No. 1:05 CV 02384 (RWR) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by David J. Bradford in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners       Dated:  June 30, 2006

Thomas P. Sullivan                  David W. DeBruin (DDC Bar No. 337626)
Jeffrey D. Colman                   JENNER & BLOCK LLP
David J. Bradford                   601 Thirteenth Street, N.W., Suite 1200
Patricia A. Bronte                  Washington, D.C.  20005-3823
Wade A. Thomson                     Tel: (202) 639-6000
Maya D. Nath                        Fax: (202) 639-6066
Omar R. Akbar
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

CHICAGO_1422273_1

2

*Of Counsel*
Barbara Olshanksy (BO3635)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by David J. Bradford were served upon the following person by e-mail on the 30th day of June, 2006:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> email: preeya.noronha@usdoj.gov

/s/ David W. DeBruin

CHICAGO_1422273_1