IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** ) | |
| ) | |
|       **Petitioners,** ) | |
| ) | |
| v. ) | No. 1:05 CV 2384 (RWR) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
|       **Respondents.** ) | |

### PETITIONERS' MOTION TO REQUIRE RESPONDENTS TO
### (1) PRESERVE EVIDENCE RELATING TO PETITIONERS AND
### (2) PROVIDE 30 DAYS' ADVANCE NOTICE OF
### TRANSFER OR REMOVAL FROM U.S. CUSTODY AT GUANTANAMO BAY

Petitioners Salim Said, Anwar Handan Al Shimmiri, Saad Al Qahtani, Bandar Al Jaabir, and Mohammed Zahrani, by their counsel, respectfully ask this Court to enter an order requiring Respondents to preserve evidence regarding these Petitioners and to provide 30 days' advance notice of any transfer or removal of Petitioners Al Shimmiri and Al Qahtani. In support of this request, Petitioners state the following:

1. On July 5, 2006, this Court entered an order in *Hamoud v. Bush*, Civil Action No. 05-1894, noting that "the preservation obligations that flow to a litigant from the federal discovery rules cannot be presumed to apply to habeas litigants absent some express application by a court." For that reason, the Court in *Hamoud* ordered Respondents to "preserve and maintain all evidence, documents and information, without limitation, now or ever in respondents' possession, custody or control, regarding the detained petitioner in this case." For the same reason, Petitioners respectfully request the same relief in this case.

2. In *Hamoud*, this Court also ordered "respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, [to] provide this court and petitioner or any counsel representing him with thirty days' advance written notice of any transfer or removal of the detained petitioner from United States custody at Guantanamo Bay." *See also Al Salami v. Bush*, Civil Action No. 05-2452 (PLF) (minute order dated May 31, 2006 granting motion for 30 days' advance notice of removal from Guantanamo). Petitioners Al Shimmiri and Al Qahtani request that the Court order the same relief with respect to any transfer or removal of these two Petitioners from United States custody at Guantanamo Bay.

WHEREFORE, Petitioners respectfully request that this Court enter an order requiring that:

(a) Respondents preserve and maintain all evidence, documents and information, without limitation, now or ever in Respondents' possession, custody or control, regarding the detained Petitioners in this case; and

(b) Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, to provide this Court and Petitioners Al Shimmiri and Al Qahtani, or any counsel representing them, with thirty days' advance written notice of any transfer or removal of these detained Petitioners from United States custody at Guantanamo Bay.

- 3 -

|  | Respectfully submitted, |
|---|---|
| /s/ David W. DeBruin | Dated:  July 7, 2006 |
| One of the Attorneys for the Petitioners | |
| | |
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| Maya D. Nath | Washington, D.C.  20005-3823 |
| JENNER & BLOCK LLP | Tel: (202) 639-6000 |
| One IBM Plaza | Fax: (202) 639-6066 |
| Chicago, IL  60611 | |
| Tel: (312) 222-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshanksy (BO3635)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Petitioners' Motion to Require Respondents to (1) Preserve Evidence Relating to Petitioners and (2) Provide 30 Days' Advance Notice of Transfer or Removal from U.S. Custody at Guantanamo Bay and the Draft Order were served upon the following persons by electronic filing and e-mail on the 7th day of July, 2006:

>Andrew I. Warden (andrew.warden@usdoj.gov)
>Preeya M. Noronha (preeya.noronha@usdoj.gov)
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530

>/s/ David W. DeBruin

CHICAGO_1423921_3