**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SALIM SAID, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:05 CV 2384 (RWR)** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**[DRAFT] ORDER**

Having considered Petitioners' Motion to Require Respondents to (1) Preserve Evidence Relating to Petitioners and (2) Provide 30 Days' Advance Notice of Transfer or Removal from U.S. Custody at Guantanamo Bay (the "Motion") and any response and reply thereto, THE COURT HEREBY ORDERS THAT the Motion is GRANTED and IT IS FURTHER ORDERED THAT:

1.     Respondents shall preserve and maintain all evidence, documents and information, without limitation, now or ever in Respondents' possession, custody or control, regarding the detained Petitioners in this case; and

2.     Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, shall provide this Court and Petitioners Al Shimmiri and Al Qahtani, or any counsel representing them, with thirty days' advance written notice of any transfer or removal of these detained Petitioners from United States custody at Guantanamo Bay.

3.     This Order shall remain in effect until the final resolution of Petitioners' *habeas* claims unless otherwise modified or dissolved.

Dated:_____, 2006


_____
RICHARD W. ROBERTS
United States District Judge