IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:05 CV 2384 (RWR) (AK) |
| | ) |
| **GEORGE W. BUSH, et al.,** | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING

Please take notice that Petitioners, by their counsel, have filed with the Court Security Office Petitioners' Motion for Order Directing Respondents to Comply with Protective Order with Respect to Attorney-Client Materials.

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners                Dated:  July 17, 2006

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| Maya D. Nath | Washington, D.C.  20005-3823 |
| JENNER & BLOCK LLP | Tel: (202) 639-6000 |
| One IBM Plaza | Fax: (202) 639-6066 |
| Chicago, IL  60611 | |
| Tel: (312) 222-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshanksy (BO3635)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

Petitioners' Motion for Order Directing Respondents to Comply with Protective Order with Respect to Attorney-Client Materials (the "Motion") requests an order requiring Respondents to (1) limit the inspection of attorneys' materials at Guantánamo to searches for contraband; and (2) deliver all mail to the Petitioners in accordance with the Protective Order entered on April 12, 2006, including Exhibit A thereto, the Revised Procedures for Counsel Access to Detainees. The Motion, along with the accompanying memorandum of law, exhibits thereto, and draft order, were sent to the Court Security Office on July 17, 2006, via Federal Express, First Overnight Service for delivery before 8:30 a.m. on July 18, 2006.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following persons by electronic filing and e-mail on the 17 day of July, 2006:

>Andrew I. Warden (andrew.warden@usdoj.gov)
>Preeya M. Noronha (preeya.noronha@usdoj.gov)
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530

>/s/ David W. DeBruin