IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.     ) | No. 1:05 CV 2384 (RWR) (AK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents.  ) | |

### [DRAFT] ORDER

Having considered Petitioners' Motion for order Directing Respondents to Comply with Protective Order with Respect to Attorney-Client Materials and any response or reply thereto, THE COURT HEREBY ORDERS THAT the Motion is GRANTED and IT IS FURTHER ORDERED THAT:

1.  Petitioners' counsel shall ensure that the materials they bring to client meetings qualify as "legal mail" under Exhibit A of the Protective Order entered on April 12, 2006, Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba (the "Revised Procedures"). The Revised Procedures define "legal mail" to include letters to Petitioners from their attorneys, privileged documents, and public filings relating to the representation of Petitioners.

2.  In accordance with Sections X.B and X.D of the Revised Procedures, security personnel at Joint Task Force-Guantànamo ("JTF") shall limit their inspections of Petitioners' counsel at Camp Echo to searches for contraband, such as weapons, chemicals, drugs, and materials that could be used in an escape attempt. JTF personnel may inspect the form of counsel's documents and files for the presence of contraband, but no JTF personnel will read,

review, or discuss with any other person the contents of counsel's legal files. In the event of a dispute about whether the form of a particular document indicates that it is contraband, JTF will not read or review the document but shall place it in a sealed envelope and return it to counsel upon their departure from Camp Echo.

3. With respect to the materials confiscated from Petitioners' counsel on June 8, 2006, Respondents agree that the JTF personnel who already reviewed and discussed the files of Petitioners' counsel shall make no further use or disclosure of such files.

4. Respondents shall deliver legal mail from Petitioners' counsel to Petitioners in accordance with Section IV.A of the Revised Procedures and, in particular, within the time limits specified by Sections IV.A.4.

5. Respondents shall deliver non-legal mail to Petitioners promptly and in accordance with the standard operating procedures for such mail and with customary international law.

IT IS SO ORDERED.

_____, 2006

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

CHICAGO_1427415_1