# EXHIBIT A

## DECLARATION OF PATRICIA A. BRONTE

I, Patricia A. Bronte, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and a partner in the Chicago office of Jenner & Block LLP. I am one of the attorneys for the Petitioners, Salim Said, Anwar Al Shimmiri, Saad Al Qahtani, Bandar Al Jaabri, and Mohammed Zahrani, in Case No. 1:05 CV 2384 (RWR) (AK). I am submitting this declaration in support of Petitioners' Memorandum in Support of Motion for Order Directing Respondents to Comply with Protective Order with Respect to Attorney-Client Materials (the "Memorandum").

2. From June 6 to 9, 2006, I visited Camp Echo, Guantánamo Bay Naval Station, Cuba, in furtherance of my representation of these clients. I was accompanied by co-counsel from Jenner & Block LLP.

3. During this visit, on June 8, 2006, guards at Camp Echo conducted a search of my files and the files of two of my co-counsel, Jeffrey Colman and Maya Nath. This search lasted at least 45 minutes. The guards thoroughly read each page of the documents from our files. In the process of this search, the guards contacted unidentified persons by radio and read or summarized the content of individual documents from our files. The guards also confiscated certain portions of the files, and these materials have not been returned to date.

4. Through subsequent communications with Respondents' attorney, Andrew Warden, I have been informed that the confiscated materials have been or will be sent to the Court Security Office without further review by any military personnel at Guantánamo.

5. On May 17, 2006, one of our translators informed me that he had delivered to the Joint Task Force at Guantánamo ("JTF") two separate letters from myself and co-counsel to our clients Bandar Al Jaabri and Saad Al-Qahtani. Petitioners' counsel initially sent these letters to

the privilege team via the Court Security Office, and the privilege team then forwarded the letters to Guantánamo. By letter dated June 29, 2006, Mr. Warden confirmed that JTF received these letters on May 17, 2006. A copy of Mr. Warden's letter is attached to the Memorandum as Exhibit C.

6. When Ms. Nath met with Petitioner Al Jaabri on June 6, and when I met with Petitioner Al Qahtani on June 8, we learned that neither of these Petitioners had received his letter.

7. Mr. Al-Qahtani also informed me that he has not received mail of any kind since August 2004.

8. Through communications with Mr. Al Qahtani's family, I have learned that numerous letters have been sent to Mr. Al Qahtani since August 2004.

9. On June 28, 2006, I sent a letter to Andrew Warden, attached to the Memorandum as Exhibit B, regarding the matters outlined in paragraphs 2 through 8 above.

10. On June 29, 2006, I received Mr. Warden's letter of that date, attached as Exhibit C to the Motion. Prior to receiving Mr. Warden's letter, I was not aware, and had received no indication, that Respondents had intentionally refused to deliver letters to certain Petitioners, or that Respondents had returned the letters to the Court Security Office.

11. On July 6, 2006, I sent a letter and proposed stipulation to Andrew Warden, attached to the Memorandum as Exhibit D. Mr. Warden informed me that Respondents were considering the letter. Despite my reminders, I have received no response to date from Respondents regarding my July 6 letter or the proposed stipulation. *See* e-mail exchange, attached as Exhibit E to the Memorandum.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

*Patricia A. Bronte*
Patricia A. Bronte

Dated: July 17, 2006

CHICAGO_1422747_2