# EXHIBIT D

# JENNER&BLOCK

July 6, 2006

**VIA E-MAIL & U.S. MAIL**

Andrew Warden, Esq.
Trial Attorney
Civil Division
Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., NW
Washington, DC 20530

Jenner & Block LLP         Chicago
One IBM Plaza              Dallas
Chicago, IL 60611-7603     New York
Tel 312 222-9350           Washington, DC
www.jenner.com

Patricia A. Bronte
Tel 312 923-8357
Fax 312 840-7757
pbronte@jenner.com

Dear Andrew:

Thank you for your letter of June 29, 2006. I understand that other counsel are working with you and Terry Henry regarding the confiscation of legal materials by NCIS, but I wanted to follow up with you regarding the other two topics I raised in my letter of June 28.

First, we appreciate your agreement that the materials confiscated from us on June 8, 2006, will not be subject to further review by JTF personnel. However, you did not respond to my request for assurances regarding future inspections at Camp Echo and the use or dissemination of the information contained in the files that were reviewed on June 8. We would like Respondents' formal assurance that JTF personnel will not, in the future, conduct a review of our legal notes and papers when we meet with our clients. Consistent with Sections X.B and X.D of the Revised Procedures for Counsel Access to Detainees (Exhibit A of the Protective Order of April 12, 2006), the inspection should be limited to a search for contraband. We also request your formal assurance that the JTF personnel who reviewed and discussed our files on June 8 will not make any further use or disclosure of the information in those files.

Second, we were disturbed to learn that Respondents had intentionally refused to deliver our letters to Messrs. Al Jaabir and Al Qahtani. Even more troubling was the fact that Respondents acted unilaterally and failed to notify us or the Court of this action. As you know, Section IV.A.4 of the Revised Procedures for Counsel Access to Detainees required Respondents to deliver these letters no later than May 19, and nothing in the Order permitted Respondents to refuse to deliver the letters.

Accordingly, we respectfully request that Respondents agree to a stipulation regarding the future handling of attorney-client communications and materials. I am enclosing a draft stipulation for

Andrew Warden, Esq.
July 6, 2006
Page 2

**JENNER&BLOCK**

your review. We would like to resolve these issues expeditiously and without unnecessary motion practice. I would appreciate hearing from you by the close of business on July 7, 2006.

Very truly yours,

*Patricia A. Bronte*

Patricia A. Bronte


cc:   Thomas P. Sullivan
      Jeffrey D. Colman
      David J. Bradford
      Maya D. Nath

*Draft 7/6/06*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:05 CV 2384 (RWR) (AK) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

### STIPULATION AND AGREED ORDER REGARDING COMPLIANCE WITH PROTECTIVE ORDER WITH RESPECT TO ATTORNEY-CLIENT MATERIALS

Petitioners and Respondents, by their counsel, hereby enter into the following Stipulation and Agreed Order Regarding Compliance with Protective Order with respect to Attorney-Client Materials.

WHEREAS, on April 12, 2006, the Court entered the Protective Order and Procedures for Counsel Access to Petitioners at the United States Naval Base in Guantanamo Bay, Cuba (the "Protective Order"), which includes Exhibit A entitled Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba (the "Revised Procedures");

WHEREAS, on May 5, 2006, Petitioners' counsel sent to the Court Security Office letters from counsel to Petitioners Al Jaabir and Al Qahtani (the "Attorney-Client Letters"), which the privilege team reviewed and then forwarded to Joint Task Force-Guantánamo ("JTF"), and these Attorney-Client Letters were delivered to JTF on May 17, 2006;

WHEREAS, JTF failed to deliver the Attorney-Client Letters because Respondents believed that Petitioners' counsel were prohibited from communicating with Petitioners until this Court resolved Petitioners' Emergency Motion for an Order Directing Respondents to Comply

with Protective Order and to Facilitate Attorney Meetings with Petitioners and, therefore, JTF sent the Attorney-Client Letters back to the Court Security Office;

WHEREAS, Respondents' counsel did not notify Petitioners' counsel until June 29, 2006, that Respondents had refused to deliver the Attorney-Client Letters and had returned them to the Court Security Office;

WHEREAS, on June 8, 2006, non-lawyer MPs at Camp Echo thoroughly read each page of the legal files of three of Petitioners' attorneys in an exhaustive review that lasted at least 45 minutes;

WHEREAS, at certain points during their review, the MPs contacted unidentified persons by radio and read or summarized the content of individual documents in the attorneys' files;

WHEREAS, the MPs confiscated certain portions of the attorney files;

WHEREFORE, the parties stipulate and agree as follows:

1.  Petitioners' counsel shall ensure that the materials they bring to client meetings qualify as "legal mail" under the Revised Procedures. The Revised Procedures define "legal mail" to include letters to Petitioners from their attorneys, privileged documents, and public filings relating to the representation of Petitioners.

2.  In accordance with Sections X.B and X.D of the Revised Procedures, security personnel at JTF shall limit their inspections of Petitioners' counsel at Camp Echo to searches for contraband, such as weapons, chemicals, drugs, and materials that could be used in an escape attempt. JTF personnel may inspect the form of counsel's documents and files for the presence of contraband, but no JTF personnel will read, review, or discuss with any other person the contents of counsel's legal files. In the event of a dispute about whether the form of a particular

document indicates that it is contraband, JTF will not read or review the document but shall place it in a sealed envelope and return it to counsel upon their departure from Camp Echo.

3. With respect to the materials confiscated from Petitioners' counsel on June 8, 2006, Respondents agree that the JTF personnel who already reviewed and discussed the files of Petitioners' counsel shall make no further use or disclosure of such files.

4. Respondents shall deliver legal mail from Petitioners' counsel to Petitioners in accordance with Section IV.A of the Revised Procedures and, in particular, within the time limits specified by Sections IV.A.4.

5. Respondents shall deliver non-legal mail to Petitioners in accordance with the standard operating procedures for such mail.

6. In the event of a dispute regarding this Stipulation or the Revised Procedures, or in the event that a party believes the other party has violated this Stipulation or the Revised Procedures, the parties agree to confer in an attempt to reach an amicable resolution of the dispute. If such a resolution cannot be reached, the parties shall promptly bring the dispute to the attention of Magistrate Judge Kay or such other judge of the United States District Court for the District of Columbia having jurisdiction over the Protective Order.

| /s/ David W. DeBruin | /s/ |
|---|---|
| One of the Attorneys for the Petitioners | One of the Attorneys for the Respondents |
| Thomas P. Sullivan | Terry M. Henry |
| Jeffrey D. Colman | Andrew I. Warden |
| Patricia A. Bronte | Preeya M. Noronha |
| Maya D. Nath | U.S. Department of Justice |
| JENNER & BLOCK LLP | Civil Division, Federal Programs Branch |
| One IBM Plaza | 20 Massachusetts Ave., NW |
| Chicago, IL 60611 | Washington, DC 20530 |
| Tel: (312) 222-9350 | Tel: (202) 514-4107 |
| Fax: (312) 527-0484 | Fax: (202) 616-8470 |

CHICAGO_1423189_1

| | |
|---|---|
| David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 | Dated: July ___, 2006 |

*Of Counsel*
Barbara Olshanksy (BO3635)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

Dated: July ___, 2006

IT IS SO ORDERED.

July ___, 2006

———————————————
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

4