# EXHIBIT E

# Bronte, Patricia A

| | |
|---|---|
| From: | Bronte, Patricia A |
| Sent: | Friday, July 14, 2006 9:15 AM |
| To: | 'Andrew.Warden@usdoj.gov' |
| Cc: | Colman, Jeffrey D; Nath, Maya D; Sullivan, Thomas P; Bradford, David J |
| Subject: | RE: Said v. Bush, No. 1:05 CV 2384 (RWR)(AK) |

Andrew, are you able to give us a response to our proposed stipulation?

Thanks,
Pat

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, July 06, 2006 1:26 PM
To: Bronte, Patricia A
Cc: Colman, Jeffrey D; Nath, Maya D; Sullivan, Thomas P; Bradford, David J
Subject: RE: Said v. Bush, No. 1:05 CV 2384 (RWR)(AK)

Pat,

We are considering your letter, but we will not be in a position to provide a response by close of business tomorrow, as you request.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: PBronte@jenner.com [mailto:PBronte@jenner.com]
Sent: Thursday, July 06, 2006 12:50 PM
To: Warden, Andrew (CIV)
Cc: JColman@jenner.com; MNath@jenner.com; TSullivan@jenner.com; dbradford@jenner.com
Subject: Said v. Bush, No. 1:05 CV 2384 (RWR)(AK)

Andrew, please see the attached letter and enclosure.

Thank you,
Pat
--------------------------------------------------------

Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8357
Fax (312) 840-7757
PBronte@jenner.com
www.jenner.com

1