# Exhibit A

## DECLARATION OF PATRICIA A. BRONTE

I, Patricia A. Bronte, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and a partner in the Chicago office of Jenner & Block LLP. I am one of the attorneys for the Petitioners, Salim Said, Anwar Al Shimmiri, Saad Al Qahtani, Bandar Al Jaabri, and Mohammed Zahrani, in Case No. 1:05 CV 2384 (RWR) (AK). I am submitting this declaration in support of Petitioners' Response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials (the "Response").

2. In the late afternoon of June 27, 2006, I received emails from Richard J. Wilson, a law professor at American University's Washington College of Law and commission counsel for Omar Khadr, a prisoner in Camp Delta at Guantánamo Bay, Cuba. The emails informed me that, according to the chief attorney for the Staff Judge Advocate's office, the Naval Criminal Investigative Service ("NCIS") had seized all personal and legal papers, including attorney-client materials, from all prisoners being held at Guantánamo Naval Base as part of an investigation into the three prisoner deaths on June 10, 2006. The attorney told Mr. Wilson that he did not know how the attorney-client materials were being handled or reviewed, and he was unaware of any timeline for return of the personal and legal papers to the prisoners. The attorney also suggested that the issue would have to be taken up with the military commissions or the U.S. courts.

3. On June 28, 2006, I sent a letter to Andrew Warden, attached to the Response as Exhibit B, regarding the matters outlined in paragraph 2 above and other issues relating to the attorney-client privilege.

10. On June 29, 2006, I received Mr. Warden's letter of that date, attached as Exhibit C to the response.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

*Patricia A. Bronte*
Patricia A. Bronte

Dated: July 19, 2006

2

CHICAGO_1428618_1