# Exhibit B

# JENNER&BLOCK

June 28, 2006

**VIA E-MAIL & U.S. MAIL**

Jenner & Block LLP.        Chicago
One IBM Plaza                  Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350           Washington, DC
www.jenner.com

Andrew Warden
Preeya Noronha
Civil Division
Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., NW
Washington, DC  20530

Patricia A. Bronte
Tel 312 923-8357
Fax 312 840-7757
pbronte@jenner.com

Dear Andrew and Preeya:

Yesterday we learned that, according to Commander McCarthy, the chief attorney for the SJA,
all legal materials had been confiscated from every Guantánamo prisoner shortly after our last
visit to the base, including all attorney-client correspondence, legal pleadings, and other related
privileged and confidential materials. These materials apparently remain in the possession of
NCIS and will stay there for an unspecified amount of time. Commander McCarthy could not
explain how these attorney-client materials were being handled or reviewed, and he suggested
that this issue would have to be taken up with the military commissions or the U.S. courts. As
you know, this confiscation of privileged materials constitutes an egregious intrusion on the
attorney-client relationship, violates the Revised Procedures for Counsel Access to Detainees,
infringes our clients' right to meaningful access to counsel, and violates our and our clients'
rights to privacy. We request that you confirm immediately that our attorney-client materials
will be returned to the clients' lawful possession forthwith and without any review by NCIS,
SJA, or other U.S. military or civilian personnel. To the extent such review has already
occurred, please provide the particulars of which personnel reviewed which particular documents
and the date and time of the review, and provide us with adequate assurances that any
information gained from such review shall be maintained as confidential and not disclosed to any
other person or entity.

In addition, our legal materials were read and discussed by non-lawyer MPs at Camp Echo on
June 8. The extensive search of the slim files of three attorneys consumed at least 45 minutes.
As Jeff Colman discussed with you, certain of these materials were confiscated from us and
never returned. You agreed that they would be sent to the privilege team without further review
by SJA or others at JTF. Please provide us with adequate assurances that future inspections at
Camp Echo will be limited to searches for contraband, and that no JTF personnel will read,
review, or discuss the contents of our legal materials. Also, please provide us with adequate
assurances from the JTF personnel who already reviewed and discussed our legal materials that
no further use or disclosure of these materials will be made.

Andrew Warden
Preeya Noronha
June 28, 2006
Page 2

**JENNER&BLOCK**

Furthermore, on May 17, 2006, the SJA received separate letters from us to our clients, Bandar Al Jaabri (ISN 182) and Saad Al-Qahtani (ISN 200). When we met with these clients on June 6 and 8, respectively, neither client had received our letter. Indeed, Mr. Al-Qahtani reported that he has not received any mail of any kind since August 2004, despite the fact (which I have confirmed) that numerous letters had been sent to him in the past 22 months. As you know, Section IV.A.4 of the Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantánamo Bay, Cuba (the "Revised Procedures") requires that personnel at GTMO deliver legal mail to detainees "[w]ithin two (2) business days of receipt." In addition, the refusal to deliver mail to a detainee interferes with the attorney-client relationship and violates well-settled international law. Please look into this matter and confirm as soon as possible that, effective immediately, all mail will be delivered to these clients in accordance with the Revised Procedures for legal mail, the standard operating procedures for non-legal mail, and the requirements of international law.

These are now matters of some urgency and, therefore, we ask that you respond to our requests by the close of business on Thursday, June 29, 2006.

Thank you.

Very truly yours,

*Patricia A. Bronte*

Patricia A. Bronte

cc:     Thomas P. Sullivan
        Jeffrey D. Colman
        David J. Bradford