# Exhibit F

## DECLARATION OF MAYA D. NATH

I, Maya D. Nath, declare as follows:

      1.     I am an attorney licensed to practice in the State of Illinois and an associate in the Chicago office of Jenner & Block LLP.  I am one of the attorneys for the Petitioners, Salim Said, Anwar Al Shimmiri, Saad Al Qahtani, Bandar Al Jaabri, and Mohammed Zahrani, in Case No. 1:05 CV 2384 (RWR) (AK).  I am submitting this declaration in support of Petitioners' Response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials.

      2.     We provided our clients with notepads of paper so that they would be able to send us correspondence relating to their case.

      3.     The paper contained in these notepads bore no designation or stamp, such as "attorney-client" privilege.

      Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

                                          Maya D. Nath

Dated:  July 19, 2006