IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALIM SAID, *et al.*,  )<br>)<br>    Petitioners,  )<br>)<br>    v.  )<br>)<br>GEORGE W. BUSH,  )<br>    President of the United States,  )<br>    *et al.*,  )<br>)<br>    Respondents.  )<br>) | Civil Action No. 05-CV-2384 (RWR) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MEMORANDUM IN
OPPOSITION TO PETITIONERS' MOTION FOR ORDER DIRECTING
RESPONDENTS TO COMPLY WITH PROTECTIVE ORDER WITH
RESPECT TO ATTORNEY-CLIENT MATERIALS**

Respondents hereby withdraw their July 28, 2006 Memorandum in Opposition to Petitioners' Motion for Order Directing Respondents to Comply with Protective Order with Respect to Attorney-Client Materials (dkt. no. 43).  Respondents withdraw this memorandum because it was erroneously filed and docketed as an opposition to petitioners' motion for an order directing compliance with the protective order (dkt. no. 39), when in fact it pertains only to respondents' motion regarding review of certain detainee materials (dkt. no. 34).  Respondents' reply memorandum in support of their motion regarding review of certain detainee materials (dkt. no. 42) was properly filed and should remain on the Court's docket.  Respondents will file an opposition to petitioners' motion for an order directing compliance with the protective order (dkt. no. 39) within the time permitted under the applicable rules.

Dated: August 1, 2006	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents