# EXHIBIT B

# Warden, Andrew (CIV)

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **Sent:** | Wednesday, May 10, 2006 10:04 AM |
| **To:** | 'JColman@jenner.com' |
| **Cc:** | 'MNath@jenner.com' |
| **Subject:** | Said v. Bush (05-CV-2384 (RWR) |

Jeff,

I'm writing to follow up on several issues in the Saib case (05-CV-2384-RWR) that we discussed yesterday:

1) The government has not been able to identify "Mohammed Zahrani" as a detainee at GTMO. The most recent e-mail I've seen on this issue is from Maya Nath, dated April 25, 2006. It was our understanding that Ms. Nath was in the process of obtaining additional information that would help us make a positive identification. Although it is possible that Mohammed Zahrani could be either ISN 234 or ISN 713, DoD is unable to make a positive identification without additional information. I believe you said during our phone call today with Judge Roberts's chambers that Zahrani is ISN 713. If you have information that would help us confirm this identification, please let me know.

2) We are in the process of working out the logistics regarding your visit request for June 5-11. We received your request and it was passed on to GTMO, but it has not been approved. As soon as I receive confirmation from GTMO that they can accommodate your request, I'll let you know. We'll try to accommodate your request as best we can, but please be aware that the dates and/or visit schedules may have to be adjusted.

3) Regardless of the actual dates of the visit, the government cannot consent to counsel meetings with petitioners Al Jaabir, Zahrani (even assuming we identify him), and Al Qahtaani because these petitioners have not directly authorized the filing of the petition, nor have the putative "next friend" detainees, Jamal Kiyemba, Omar Deghayes and Sami Muhyideen, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990).

Feel free to give me a call if you have any questions.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084