IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID,<br><br>ANWAR HANDAN AL SHIMMIRI, by and through his next friend, SULAIMAN HONAHEEM ALOWAIDAH,<br><br>SAAD AL QAHTAANI, by and through his next friend, SAMI MUHYIDEEN,<br><br>BANDAR AL JAABIR, by and through his next friend, JAMAL KIYEMBA,<br><br>MOHAMMED ZAHRANI, by and through his next friend, OMAR DEGHAYES,<br><br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>*Respondents.* | Case No. 1:05 CV 02384 RWR |

## APPEARANCE

Pursuant to Local Rule 83.2(g), the undersigned counsel hereby enters his appearance as counsel for Petitioners in the above-captioned case. I certify that I am a member in good standing of the Illinois Supreme Court bar and that I have undertaken the representation of Petitioners without compensation.

Respectfully submitted,

_/s/ Matthew R. Devine_    Dated: October 10, 2006
Matthew R. Devine
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 13th Street NW |
| Patricia A. Bronte | Suite 1200 |
| JENNER & BLOCK LLP | Washington, D.C. 20005-3823 |
| 330 North Wabash Avenue | Tel: (202) 639-6000 |
| Chicago, IL 60611 | Fax: (202) 639-6066 |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

ATTORNEYS FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance was served upon the following person by electronic mail and first-class United States mail, postage prepaid, on the 10th day of October, 2006.

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC 20530
>email: preeya.noronha@usdoj.gov

_____
Matthew R. Devine