IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, <br><br>ANWAR HANDAN AL SHIMMIRI, by and through his next friend, SULAIMAN HONAHEEM ALOWAIDAH, <br><br>SAAD AL QAHTAANI, by and through his next friend, SAMI MUHYIDEEN, <br><br>BANDAR AL JAABIR, by and through his next friend, JAMAL KIYEMBA, <br><br>MOHAMMED ZAHRANI, by and through his next friend, OMAR DEGHAYES, <br><br>*Petitioners,* <br><br>v. <br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br>*Respondents.* | Case No. 1:05 CV 02384 RWR |

## APPEARANCE

Pursuant to Local Rule 83.2(g), the undersigned counsel hereby enters his appearance as counsel for Petitioners in the above-captioned case. I certify that I am a member in good standing of the Illinois Supreme Court bar and that I have undertaken the representation of Petitioners without compensation.

Respectfully submitted,

*[signature]*    Dated: October 10, 2006
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7605
Fax: (312) 840-7705

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 13th Street NW
Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

ATTORNEYS FOR PETITIONERS

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance was served upon the following person by electronic mail and first-class United States mail, postage prepaid, on the 10th day of October, 2006.

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

_____
Douglas A. Sondgeroth