IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2384 (RWR) (AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' RESPONSE TO MAGISTRATE JUDGE'S**
**OCTOBER 11, 2006 MEMORANDUM ORDER**

Respondents hereby respond to Magistrate Judge Alan Kay's October 11, 2006 Memorandum Order in the above-captioned case. The Memorandum Order directed respondents "to investigate the status of family mail allegedly delivered to Petitioner Al-Qahtani in August of 2005. Respondents shall also investigate whether any other personal, non-legal mail addressed to Petitioner Al-Qahtani arrived at Guantanamo between August, 2004 and October, 2006." *See* Memorandum Order (dkt. No. 54). Based on a review of mail records, JTF-Guantanamo has received the following pieces of non-legal mail addressed to petitioner Al-Qahtani since August 2004:

1) Two-page letter requesting petitioner Al-Qahtani's consent to release of information to the Associated Press; letter arrived at Guantanamo in October 2005 and was delivered to petitioner in October 2005;

2) Two-page letter from petitioner Al-Qahtani's family; letter arrived at Guantanamo in August 2005 and was subsequently delivered to petitioner in November 2005 following security review.

Dated: November 3, 2006 

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470
Attorneys for Respondents