IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>        Respondents. | Civil Action No. 05-CV-2384 (RWR) |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR
DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that petitioner Anwar Handan Al Shimmiri (ISN 226) has been transferred to the Kingdom of Saudi Arabia and released from United States custody.

In the Stipulation and Order filed with the Court under seal on November 29, 2006, the parties agreed that, pursuant to the protective orders entered by the Court's Order of April 12, 2006, Respondents' Notice Pursuant To The Court's July 25, 2006 Order (filed under seal on November 27, 2006), as well as the Stipulation and Order, would be designated as "Protected Information" pending notice by respondents of completion of the transfer of petitioner to Saudi Arabia. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

Dated: December 20, 2006        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /*s*/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents