IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID et al., | ) |
| | ) |
|           **Petitioner,** | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | )  No. 1:05 CV 02384 (RWR) |
| | ) |
|           **Respondents.** | ) |
| | ) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Douglas A. Sondgeroth in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Douglas A. Sondgeroth
One of the Attorneys for the Petitioners                   Dated:  January 24, 2007

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| David J. Bradford | 601 Thirteenth Street, N.W., Suite 1200 |
| Patricia A. Bronte | Washington, D.C.  20005-3823 |
| JENNER & BLOCK LLP | Tel: (202) 639-6000 |
| 330 N. Wabash Avenue | Fax: (202) 639-6066 |
| Chicago, IL  60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

1388561

2

*Of Counsel*
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

1388561

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Douglas A. Sondgeroth were served upon counsel of record via the ECF system on the 24th day of January, 2007.

                                                            /s/ Douglas A. Sondgeroth_____

1388561