# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SALIM SAID,** *et al.*, | ) | |
| *Petitioners*, | ) ) ) | |
| *v.* | ) ) | Civil Action No. 05-CV-2384 (RWR) |
| **GEORGE W. BUSH, et al.,** | ) ) ) | |
| *Respondents.* | ) | |
| **ZIYAD BIN SALIH BIN MUHAMMAD AL BAHOOTH,** | ) ) ) ) | |
| *Petitioner*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-CV-1666 (ESH) |
| **GEORGE W. BUSH, et al.,** | ) ) ) | |
| *Respondents.* | ) | |

**NOTICE OF FILING OF PETITIONERS' OPPOSITION TO MOTION TO DISMISS**

Petitioners Saad Al Qahtani, Mohammed Zahrani, and Ziyad Al Bahooth, by their undersigned attorneys, hereby give notice that on May 3, 2007, counsel hand delivered to the Court Security Officer Petitioners' Opposition to Motion to Dismiss. Pursuant to the terms of the Protective Order, these documents will be filed after review by the CSO.

1532686


Dated: May 3, 2007

    Respectfully Submitted,

    JENNER & BLOCK LLP

    By:  /s/ David W. DeBruin_____
        Patricia A. Bronte
        Maya D. Nath
        Elton Y. Wong
        330 North Wabash Avenue
        Chicago, Illinois 60611
        Tel: (312) 222-9350
        Fax: (312) 527-0484

    David W. DeBruin
    (DDC Bar No. 337626)
    JENNER & BLOCK LLP
    601 Thirteenth Street, N.W.
    Suite 1200
    Washington, D.C. 20005-3823
    Tel: (202) 639-6000
    Fax: (202) 639-6066

    *Of Counsel*
    Gitanjali S. Gutierrez (GG1234)
    666 Broadway, 7th Floor
    New York, NY 10012
    Tel: (212) 614-6464
    Fax: (212) 614-6499

    *Attorneys for Petitioners Saad*
    *Al Qahtani, Mohammed Zahrani,*
    *and Ziyad Al Bahooth*

1532686