IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, et al.,** )<br>)<br>*Respondents.* ) | Civil Action No. 05-CV-2384 (RWR) |

**NOTICE OF FILING OF
PETITIONERS' OPPOSITION TO MOTION TO DISMISS**

Petitioners Salim Said and Bandar Al Jaabir, by their undersigned attorneys, hereby give notice that on May 29, 2007, counsel hand delivered to the Court Security Officer Petitioners' Opposition to Motion to Dismiss. Pursuant to the terms of the Protective Order, these documents will be filed after review by the CSO.

Respectfully submitted,

/s/ Thomas P. Sullivan_____
One of the Attorneys for the Petitioners     Dated: May 29, 2007

Thomas P. Sullivan                David W. DeBruin (DDC Bar No. 337626)
Douglas A. Sondgeroth             JENNER & BLOCK LLP
JENNER & BLOCK LLP                601 Thirteenth Street, N.W., Suite 1200
330 North Wabash Ave.             Washington, D.C.  20005-3823
Chicago, IL  60611                Tel: (202) 639-6000
Tel: (312) 222-9350               Fax: (202) 639-6066
Fax: (312) 527-0484

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012

Tel: (212) 614-6464
Fax: (212) 614-6499

2