**PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** )<br>)<br>*Petitioners*, )<br>)<br>*v.* )<br>)<br>**GEORGE W. BUSH, et al.,** )<br>)<br>*Respondents.* ) | Civil Action No. 05-CV-2384 (RWR) |

## PETITIONERS' OPPOSITION TO MOTION TO DISMISS

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 222-9350
Fax: (312) 527-0484

Dated: May 29, 2007

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

On April 19, 2007, the Government moved to dismiss this case.

Since the filing of the Government's motion to dismiss on April 19, 2007, counsel for Petitioners Salim Said and Bandar Al Jaabir have not had the opportunity to meet with either of them to discuss the motion to dismiss. However, counsel believe it is important to present to this Court reasons why Petitioners Salim Said and Bandar Al Jaabir's petition should not be dismissed.

On behalf of Petitioners Salim Said and Bandar Al Jaabir, we join in the Opposition to the Government's motion to dismiss ("Opposition") filed on May 3, 2007 by Petitioners Saad Al Qahtani, Mohammed Zahrani and Ziyad Al Bahooth in the actions *Said, et al., v. Bush, et al.*, 05-CV-2384 (RBW) and *Al Bahooth v. Bush, et al.*, 05-CV-1666 (ESH). For the reasons stated in that Opposition, on behalf of Petitioners Salim Said and Bandar Al Jaabir, we respectfully request that the Court deny the Government's motion to dismiss. In the event that the Court grants the motion, we request that the Court stay the effect of the dismissal for an adequate time to permit appellate review.


Respectfully submitted,


 /s/ Thomas P. Sullivan
One of the Attorneys for the Petitioners          Dated: May 29, 2007


Thomas P. Sullivan                                David W. DeBruin (DDC Bar No. 337626)
Douglas A. Sondgeroth                             JENNER & BLOCK LLP
JENNER & BLOCK LLP                                601 Thirteenth Street, N.W., Suite 1200
330 North Wabash Ave.                             Washington, D.C.  20005-3823
Chicago, IL  60611                                Tel: (202) 639-6000
Tel: (312) 222-9350                               Fax: (202) 639-6066
Fax: (312) 527-0484

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID, et al.,** ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| *v.* ) | Civil Action No. 05-CV-2384 (RWR) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| *Respondents.* ) | |

## [PROPOSED] ORDER

The Court having considered Petitioners' Opposition to Motion to Dismiss, dated May 29, 2007,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that these actions shall be stayed and held in abeyance pending exhaustion of remedies under the Detainee Treatment Act of 2005, and the resolution in the Supreme Court of the jurisdictional issue addressed in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) or the Supreme Court's resolution on the merits of the same jurisdictional issue as presented in a pending original habeas petition in *In re Ali*, No. 06-1194.


Dated: _____          _____

                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I filed and served the foregoing Opposition to

Motion to Dismiss, together with the Proposed Order, by causing the original and two copies to

be delivered to the Court Security Officer, with the original to be forwarded to the Court and one

copy to be forwarded to the following counsel of record via U.S. Mail:

> Peter D. Keisler, Assistant Attorney General
> Douglas N. Letter, Terrorism Litigation Counsel
> Civil Division, Room 7268
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W.
> Washington, DC 20530-0001

> _/s/ Thomas P. Sullivan _____
> Thomas P. Sullivan