IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALIM SAID, *et al.*,  )<br>  )<br>      Petitioners,  )<br>  )<br>   v.  )<br>  )<br>GEORGE W. BUSH,  )<br>President of the United States, *et al.*,  )<br>  )<br>      Respondents.  )<br>  ) | Civil Action No. 05-CV-2384 (RWR) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Salim Said (ISN 126) and transferred him to the control of the Government of Saudi Arabia.


Dated: September 7, 2007                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                              /s/ *Andrew I. Warden*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar 347518)
                                            TERRY M. HENRY
                                            JEAN LIN
                                            JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                            ROBERT J. KATERBERG
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
                                            NICHOLAS A. OLDHAM
                                            JAMES C. LUH

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents