IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAID SALIM, ) | |
| ) | |
|     *Petitioner,* ) | |
| ) | |
| v. ) | No. 1:05 CV 02384 (RWR) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|     *Respondents.* ) | |

## ATTORNEY APPEARANCE AND CERTIFICATION OF PRO BONO PREPRESENTATION

Pursuant to Local Rule 83.2(g), Sapna G. Lalmalani hereby enters her appearance as counsel for Petitioner Saad Al Qahtani in the above-captioned case. Ms. Lalmalani certifies that she is a member in good standing of the Illinois Supreme Court bar and that she has undertaken the representation of Petitioner without compensation.

Respectfully submitted,

_____
Sapna G. Lalmalani
   Illinois Bar No. 6291718
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2855
Fax: (312) 923-2955
Email: slalmalani@jenner.com

Dated: December 18, 2007

Thomas P. Sullivan
Jeffrey D. Colman
David J. Bradford
Patricia A. Bronte
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Tel: (312) 222-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky
Gitanjali S. Gutierrez
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 13th Street NW
Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Attorney Appearance and Certification of Pro Bono Representation was served upon the following counsel of record by the CM/ECF system on the 18th day of December, 2007:

> Terry Marcus Henry
> United States Department of Justice
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> Email: terry.henry@usdoj.gov
>
> Preeya M. Noronha
> United States Department of Justice
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> Email: preeya.noronha@usdoj.gov

_____
Sapna G. Lalmalani