IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*, ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | No. 1:05 CV 2384 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

## NOTICE OF FILING

Please take notice that on January 7, 2008, counsel filed Petitioner Al Qahtani's Motion to Preserve Remaining Exculpatory Evidence and a Memorandum in support of the Motion, together with a Proposed Order, with the Court Security Officer pursuant to the terms of the Protective Order.

Dated:  January 7, 2008

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioner
Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Judry Laeb Subar
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

>/s/ David W. DeBruin
>David W. DeBruin (DDC Bar No. 337626)
>JENNER & BLOCK LLP
>601 Thirteenth Street, NW, Suite 1200
>Washington, DC  20005-3823
>Tel: (202) 639-6000
>Fax: (202) 639-6066