# EXHIBIT A



# Department of Justice

---

FOR IMMEDIATE RELEASE  
SATURDAY, DECEMBER 8, 2007  
WWW.USDOJ.GOV

OPA  
(202) 514-2007  
TDD (202) 514-1888

## Statement from Brian Roehrkasse, Director of Public Affairs, Regarding Preliminary Inquiry into Interrogation Video Destruction

"The Department of Justice and the CIA announced today that the Justice Department's National Security Division initiated a preliminary inquiry in conjunction with the CIA's Office of Inspector General regarding the destruction of the interrogation videos described in CIA Director Mike Hayden's message to employees on December 6.

"A preliminary inquiry is a procedure the Department of Justice uses regularly to gather the initial facts needed to determine whether there is sufficient predication to warrant a full investigation."

Attached is the letter from Assistant Attorney General for National Security Ken Wainstein to CIA Acting General Counsel John Rizzo regarding the preliminary inquiry.

Attachment

###

07-991