IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2384 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon petitioner Al Qhataani's Motion to Preserve Remaining Exculpatory Evidence, it is hereby

ORDERED that the motion is denied.


Dated:  _____
                                                        UNITED STATES DISTRICT JUDGE