# Exhibit B

# RON SUSKIND

---

**SIMON & SCHUSTER**   New York • London • Toronto • Sydney

# *The* ONE PERCENT DOCTRINE

*Deep Inside America's Pursuit of Its Enemies Since 9/11*



SIMON & SCHUSTER
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2006 by Ron Suskind

All rights reserved,
including the right of reproduction
in whole or in part in any form.

SIMON & SCHUSTER and colophon are registered trademarks
of Simon & Schuster, Inc.

For information about special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at
1-800-456-6798 or business@simonandschuster.com

Designed by Dana Sloan

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data is available.

ISBN-13: 978-0-7432-7109-7
ISBN-10:    0-7432-7109-2

of troop movements or casualties, of divisions on the move, with correspondents filing dispatches—was also missing once the Afghanistan engagement ended. In the wide, diffuse "war on terror," so much of it occurring in the shadows—with no transparency and only perfunctory oversight—the administration could say anything it wanted to say. That was a blazing insight of this period. The administration could create whatever reality was convenient.

Messages, of all kinds, could finally stand unfettered and unchallenged—a kind of triumph, a wish fulfillment, that could easily overwhelm principles of informed consent and accountability.

Accountability, in fact, was shrunk to a single standard: prevent attacks on the U.S. mainland. As long as there were no such attacks, little else mattered.

What, for instance, did all of this mean upon the capture of Zubaydah? A freeing of rhetoric for the "wartime" President to say what he felt desperately needed to be said.

Which Bush did, first, in a speech at the Greenwich, Connecticut, Hyatt Regency on April 9, 2002. "The other day we hauled in a guy named Abu Zubaydah. He's one of the top operatives plotting and planning death and destruction on the United States. He's not plotting and planning anymore. He's where he belongs," the President said to raucous cheers from a roomful of Republican Party contributors. Then, he quickly bridged to a wider, state-based issue. "History has called us into action, and this nation is responding. You've got to understand my mind-set and what we think. We've got to act on behalf of the little ones. We've got to secure the world and this civilization as we know it from these evil people. We just have to do this. And that includes making sure that some of the world's worst leaders who desire to possess the world's worst weapons don't team up with faceless, al Qaeda–type killer organizations. We owe it to the future of this country to lead a coalition against nations that are so evil and, at the same time, desire incredibly evil weapons."

This message—and the characterizing of Zubaydah as the "chief of operations" for all of al Qaeda, a putative "number three" to bin Laden

and Zawahiri—would be a drum the President, the Vice President, national security adviser Condoleezza Rice, and others would beat relentlessly that April and the months to follow.

Meanwhile, Dan Coleman and other knowledgeable members of the tribe of al Qaeda hunters at CIA were reading Zubaydah's top secret diary and shaking their heads.

"This guy is insane, certifiable, split personality," Coleman told a top official at FBI after a few days reviewing the Zubaydah haul. "That's why they let him fly all over the world doing meet and greet. That's why people used his name on all sorts of calls and e-mails. He was like a travel agent, the guy who booked your flights. You can see from what he writes how burdened he is with all these logistics—getting families of operatives, wives and kids, in and out of countries. He knew very little about real operations, or strategy. He was expendable, you know, the greeter . . . Joe Louis in the lobby of Caesar's Palace, shaking hands."

This opinion was echoed at the top of CIA and was, of course, briefed to the President and Vice President. While Bush was out in public claiming Zubaydah's grandiose malevolence, his private disappointment fell, as it often would, on Tenet—the man whose job he'd saved.

"I said he was important," Bush said to Tenet at one of their daily meetings. "You're not going to let me lose face on this, are you?"

"No sir, Mr. President."

Back in Langley, Tenet pressed subordinates over what could be done to get Zubaydah to talk. His injuries were serious, but he'd been moved from a hospital near Faisalabad to several locations in central Pakistan. The CIA found some of the finest medical professionals in America. CIA agents alighted at their medical offices and soon they were on flights to Pakistan.

"He received the finest medical attention on the planet," said one CIA official. "We got him in very good health, so we could start to torture him."

Tenet's months of pressure on his legal team, and their pressure on

The Saudi packet, they found, had been diverted to Dick Cheney's office. The President never got it, never read it. In what may have been the most important, and contentious, foreign policy meeting of his presidency, George W. Bush was unaware of what the Saudis hoped to achieve in traveling to Crawford.

But Crown Prince Abdullah did learn something. He'd had his first George W. Bush encounter: visceral, emotive, nonsubstantive, and faith-based. He left befuddled, but oddly moved—by their ride together in the pickup; by the things Bush said he loved as they drove, and how he desperately wanted to work together, to bring peace to the Mideast; by the fervent prayer before lunch, and by the way Bush grabbed hands, firmly, with undisguised yearning, as they parted. "I have tears in my eyes, Mr. President."

"I do, too," Bush said. "I do, too."

Zubaydah's injuries—gunshot wounds to the leg, groin, and abdomen—had been successfully treated by the finest U.S. physicians in late April and early May. The doctors repaired internal bleeding, a fracture, and organ damage.

He was stabilized by mid-May and, thus, ready. An extraordinary moment in the "war on terror" was about to unfold. After months of interdepartmental exchanges over the detainment, interrogation, and prosecution of captives in the "war on terror"—as well as debates over which "debriefing" techniques would work most effectively on al Qaeda—the United States would torture a mentally disturbed man and then leap, screaming, at every word he uttered.

The eight-month lead-up to this moment—where legal theories were marshaled after 9/11 to allow for "flexibility"—is a short story of preparation meeting desperation.

Through the late fall of 2001, deliberation between lawyers at CIA,

with Chinese food, porn, and, in one case an operation for a captive's wife. Agents were present when the grateful wife told her husband, "Now, you tell them whatever they want." He did.

CIA's counterpoint, however, was one that had adherents among an army of self-styled amateurs on interrogation in the U.S. government, from the Oval Office on down. No one has time to build "relationships"—a word that was repugnant to those who viewed al Qaeda operatives as evil incarnate. In the debate between Mowatt-Larssen and Cofer Black, the impatient institutional energies of the U.S. government had settled on Black's position; do everything, and quickly.

Choices made, Zubaydah now recovered, it was time, in May of 2002, to test boundaries.

According to CIA sources, he was water-boarded, a technique in which a captive's face is covered with a towel as water is poured atop, creating the sensation of drowning. He was beaten, though not in a way to worsen his injuries. He was repeatedly threatened, and made certain of his impending death. His medication was withheld. He was bombarded with deafening, continuous noise and harsh lights. He was, as a man already diminished by serious injuries, more fully at the mercy of interrogators than an ordinary prisoner.

Under this duress, Zubaydah told them that shopping malls were targeted by al Qaeda. That information traveled the globe in an instant. Agents from the FBI, Secret Service, Customs, and various related agencies joined local police to surround malls. Zubaydah said banks—yes, banks—were a priority. FBI agents led officers in a race to surround and secure banks. And also supermarkets—al Qaeda was planning to blow up crowded supermarkets, several at one time. People would stop shopping. The nation's economy would be crippled. And the water systems—a target, too. Nuclear plants, naturally. And apartment buildings.

Thousands of uniformed men and women raced in a panic to each flavor of target. Of course, if you multiplied by ten, there still