Exhibit C

**UNCLASSIFIED**

**Verbatim Transcript of Combatant Status Review Tribunal Hearing for ISN 10016**

## OPENING

PRESIDENT:     This hearing shall come to order.

RECORDER:      This Tribunal is being conducted at 1334 hours on 27 March 2007 on board
U.S. Naval Base Guantanamo Bay, Cuba. The following personnel are
present:
Colonel [REDACTED], United States Air Force, President,
Lieutenant Colonel [REDACTED], United States Air Force, Member,
Lieutenant Commander [REDACTED], United States -- Commander
[REDACTED], United States Navy, Member,
Lieutenant Colonel [REDACTED], United States Air Force, Personal
Representative,
Language Analyst[i], [REDACTED],
Sergeant First Class [REDACTED], United States Army, Reporter,
Lieutenant Colonel [REDACTED], United States Army, Recorder,
Colonel [REDACTED] is the Judge Advocate member of the Tribunal.

## OATH SESSION 1

RECORDER:      All rise.

PRESIDENT:     Standby, we'll correct the record on that. Lieutenant Colonel
[REDACTED] is the Judge Advocate member of this Tribunal. Recorder,
you may proceed. All rise. The Recorder will be sworn. Do you,
Lieutenant Colonel [REDACTED], swear or affirm that you will faithfully
perform the duties as Recorder assigned in this Tribunal so help you God?

RECORDER:      I do.

PRESIDENT:     The Reporter will now be sworn. The Recorder will administer the oath.

RECORDER:      Do you, Sergeant First Class [REDACTED], swear or affirm that you will
faithfully discharge your duties as Reporter assigned in this Tribunal so help
you God?

REPORTER:      I do.

---

[i] Language Analyst, Translator, and Linguist are used interchangeably.

**UNCLASSIFIED**

UNCLASSIFIED

## CONVENING AUTHORITY

| | |
|---|---|
| PRESIDENT: | The Translator will be sworn. |
| RECORDER: | Do you swear or affirm that you will faithfully perform the duties of Translator in the case now in hearing, so help you God? |
| LINGUIST: | I do. |
| PRESIDENT: | We will take a brief recess while the Detainee is brought into the room. |
| RECORDER: | The time is 1336 hours on March 27th 2007. This Tribunal is now in recess. [The Tribunal members leave the room.] [The Tribunal members reenter the room at 1341.] |
| | All rise. |
| PRESIDENT: | This hearing will come to order. We may-- we may be seated. Good afternoon. Before we begin, I understand that you speak and understand English, is that correct? |
| DETAINEE: | I have difficulty now-- to speak-- yes. [Also acknowledged by an up and down head movement.] [SCI²] |
| PRESIDENT: | I understand; we will conduct this hearing in English then. If you do not understand something said here today, I encourage you to ask me for a translation at any time. A Linguist is present for this purpose. Also the Linguist is available to assist you in communicating with us. Also I have been informed that you have some physical health conditions. Before we continue, I want to know if you feel you are able to participate with us today. We will be here for about an hour. |
| DETAINEE: | Yes. [Also acknowledged by an up and down head movement.] |
| PRESIDENT: | Okay, very well. If you need a break or time to take care of yourself in any way, please let me know at any time. This Tribunal is convened by order of the Director, Combatant Status Review Tribunals under the provisions of his Order dated 12 February 2007. This Tribunal will determine whether ZAYN AL ABIDIN MUHAMMAD HUSAYN meets the criteria to be designated as an enemy combatant against the United States or its coalition partners or otherwise meets the criteria to be designated as an enemy combatant. |

---

² Simultaneous Communication Interruption

UNCLASSIFIED

## OATH SESSION 2

PRESIDENT:     The members of this Tribunal shall now be sworn.  All rise.

RECORDER:     Do you swear or affirm that you will faithfully perform your duties as a member of this Tribunal; that you will impartially examine and inquire into the matter now before you according to your conscience, and the laws and regulations provided; that you will make such findings of fact and conclusions as are supported by the evidence presented; that in determining those facts, you will use your professional knowledge, best judgment, and common sense; and that you will make such findings as are appropriate according to the best of your understanding of the rules, regulations, and laws governing this proceeding, and guided by your concept of justice so help you God?

MEMBERS:      I do.

PRESIDENT:     The Recorder will now administer the oath to the Personal Representative.

RECORDER:     Do you swear or affirm that you will faithfully perform the duties of Personal Representative in this Tribunal, so help you God?

PERSONAL REP: I do.

PRESIDENT:     Please be seated.

PRESIDENT:     The Recorder, the Reporter and Translator have been previously sworn.

### EXPLANATION OF PROCEEDINGS

PRESIDENT:     ZAYN AL ABIDIN MUHAMMAD HUSAYN, you are hereby advised the following applies during this hearing.  You may be present at all open sessions of the Tribunal; however, if you become disorderly, you will be removed from the hearing, and the Tribunal will continue to hear evidence in your absence.  You may not be compelled to testify at this Tribunal; however, you may testify if you wish to do so.  Your testimony can be under oath or unsworn.  You may have the assistance of a Personal Representative at the hearing.  Your assigned Personal Representative is present.  You may present evidence to this Tribunal, including the testimony of witnesses who are reasonably available and whose testimony is relevant to this hearing.  You may question witnesses testifying at the Tribunal.  You may examine documents or statements offered into evidence other than classified information.  However, certain documents may be partially masked for security reasons.  ZAYN AL ABIDIN MUHAMMAD HUSAYN, do you understand this process?

UNCLASSIFIED

UNCLASSIFIED

DETAINEE:        I do.

PRESIDENT:       Thank you.  Do you have any questions concerning this Tribunal process?

DETAINEE:        No questions.

## PRESENTATION OF UNCLASSIFIED INFORMATION

PRESIDENT:       No, I understand.  Personal Representative, please provide the Tribunal with
                 the Detainee Election Form.

PERSONAL REP:    I am handing the Tribunal the Detainee Election Form, which was
                 previously marked as Exhibit D-a.

PRESIDENT:       The Detainee Election Form notes that you want to participate in the
                 Tribunal and wants the assistance of the Personal Representative.  It also
                 includes some Personal Representative comments regarding meetings and
                 other matters.  Thank you.

## RECORDER PRESENTS UNCLASSIFIED

PRESIDENT:       Recorder, please provide the Tribunal with the unclassified evidence.

RECORDER:        I am handing the Tribunal what has previously been marked as Exhibit R-1,
                 the Unclassified Summary of the Evidence that relates to this Detainee's
                 status as an enemy combatant.  A translated copy of this exhibit was
                 provided to the Personal Representative--Representative in advance of this
                 hearing for presentation to the Detainee.  In addition, I am handing to the
                 Tribunal the following unclassified exhibit marked as Exhibit R-2.  A copy
                 of this Exhibit had previously been provided to the Personal Representative.

PRESIDENT:       Recorder, please read the Unclassified Summary of Evidence for the record.
                 Before you proceed, Recorder, ZAYN ABIDIN, excuse me, ZAYN AL
                 ABIDIN MUHAMMAD HUSAYN let me remind you that ah--not to
                 comment on this unclassified summary at this time.  You will be provided
                 an opportunity shortly to provide comments.  Recorder, please proceed.

RECORDER:        The following facts support the determination that the Detainee is an enemy
                 combatant: Paragraph a.  On 6 April 2001, a federal jury in Los Angeles,
                 California, found Algerian national AHMED RESSAM guilty on nine
                 counts of terrorism and other felony charges for what prosecutors said was
                 his plan to bomb New Year's 2000 celebrations in the United States.
                 RESSAM was arrested in Port Angeles, Washington, on 14 December 1999,
                 after crossing the Canadian-United States border with a car allegedly loaded

UNCLASSIFIED

**UNCLASSIFIED**

with bomb-making material. Paragraph b. AHMED RESSAM stated he attempted to enter the United States at Port Angeles, Washington, on 14 December 1999, for the purpose of placing an explosive device at the Los Angeles International Airport. RESSAM stated he studied for the operation in April 1998, while training at the Khalden training camp near Khowst, Afghanistan. Trainers at Khalden training camp indicated that viable targets included United States warships, hotels holding conferences of VIPs, barracks of United States military personnel, commercial and economic targets, petroleum targets, and information technology centers. RESSAM stated Khalden training camp was one of many camps operated by the Detainee. Paragraph c. AHMED RESSAM stated the Detainee was the Emir of the Khalden and Deronta training camps in Afghanistan, and did not have to report to anyone above him. The Detainee was an associate of USAMA BIN LADEN, equal to and not subordinate to USAMA BIN LADEN. The Detainee coordinated and cooperated with USAMA BIN LADEN in the conduct of training and trainee movements between their camps, and every Islamic extremist group present at Khalden training camp had a direct relationship with USAMA BIN LADEN. The Detainee corresponded with USAMA BIN LADEN mostly through writing and sending letters. Paragraph d. A Federal Bureau of Investigation source stated the Detainee traveled to Saudi Arabia in 1996 and transported 600,000 United States dollars to USAMA BIN LADEN. The source transported 30,000 to 35,000 United States dollars on eight occasions within and between Afghanistan and Pakistan for the Detainee. Paragraph e. AHMED RESSAM stated the Detainee was the facilitator of terrorist attack operations and that the Detainee knew about RESSAM's operation, although not specifically the date and exact target. Paragraph f. The Detainee made a diary entry in 2000 in which he described plans against America consisting of explosions and the burning of cities and farms. Paragraph g. AHMED RESSAM stated the Detainee wrote a letter in 1998 authorizing RESSAM to take explosives manufacturing training at the Deronta training camp in Afghanistan. Paragraph h. AHMED RESSAM stated that in December 1998 the Detainee wanted RESSAM to acquire fraudulently-obtained Canadian passports in order for the Detainee and a team of five other individuals to enter the United States to possibly bomb several cities. Paragraph i. The Detainee made a diary entry in 2001 in which he stated within days of the attacks of elev-- of 11 September 2001 he was preparing for counter-attacks. The Detainee stated he was working within a military and security plan that USAMA BIN LADEN devised in anticipation of an American military action by buying and storing weapons and arming individuals as well as preparing defensive lines and planning ambushes. Paragraph j. The Detainee made a diary entry in 2002 in which he stated he would wage war against the United States. The Detainee stated he would use several dimensions such as instigating racial wars, timed

**UNCLASSIFIED**

**UNCLASSIFIED**

explosive attacks, attacking gas stations and fuel trucks, and starting timed fires. Paragraph k. The Detainee was captured on 28 March 2002 during a raid of a safe house. Gunfire was exchanged during the raid and the Detainee received gunshot wounds. Sir, this concludes the summary of [un]classified evidence.

PRESIDENT:     Personal Representative, does the Detainee have any evidence to present to this Tribunal?

PERSONAL REP:  Yes, Sir. I am handing the Tribunal the following unclassified exhibits marked as Exhibits D-b through D-d.

PRESIDENT:     Very well. At this point in the Tribunal I'd like to address some other requests for evidence that you had made previously. On February 22nd, I was informed by your Personal Representative that you requested the production of three documents. The first document was a draft two-page article you wrote to educate Mujahideen and set forth a doctrine of defensive jihad as opposed to conducting offensive jihad. From the evidence request that I received, you believe the article would support your position that your actions were defensive in nature and not hostile acts against the United States or its coalition partners. I found the evidence requested not relevant to the issues regarding your capture and combatant status. Specifically, the definition of an enemy combatant does not distinguish between offensive or defensive actions. The defin--the definition states, in part, that an enemy combatant was part of or supporting Taliban or al Qaida forces, or associated forces. What role, offensive or defensive, the individual had in the force is not relevant. Only the fact that the person was a part of the enemy force is relevant. Therefore I have deni-- denied your request for this draft article. Your second document requested was [an email] [REDACTED]. I found this evidence request also not relevant to the issues regarding your capture and combatant status. Again, the definition of an enemy combatant used by the Tribunal does not take into account the individual's personal beliefs regarding valid or invalid targets. The Tribunal will determine, from the evidence provided, if you were part of or supporting specific forces that are engaged in hostilities against the United States or its coalition partners. If you were a part of or supported this enemy force, your personal belief as to which targets the enemy force attacks is not relevant to our determination of your status. Therefore, I have denied your request [REDACTED]. Your third and final request of evidence was your personal diary. From the evidence request I received, again, from your Personal Representative, you believe the statements in the Summary of Evidence document that you provided that -- excuse me, that you were provided are a misrepresentation of what you actually wrote in your diary. I reviewed the Summary of Evidence document and noted that there were at least three items listed which specifically cited your diary as

ISN # 10016
Enclosure (3)
Page 6 of 27

**UNCLASSIFIED**

UNCLASSIFIED

the source of the information. Each of these items referenced operational plans and actions which were associated with enemy forces of particular interest to this Tribunal. It would be helpful to the Tribunal to review the source document of these statements and hear your representation of what you wrote in your diary. I therefore found your diary request relevant. On February 22nd, I ordered the production of your diary. As of today, the government has produced portions of your diary. These have been provided to your Personal Representative to prepare for the Tribunal's hearing today. I understand your statements provided today or the evidence previously provided will refer and provide us some of those diary entries for us to consider. I do need to address one additional matter regarding your diary. There are two additional relevant volumes of your diary in U.S. Government custody: volumes five and six. The government has made a diligent effort to produce those volumes for us today but--; however, they have not been located. So they are not available for us during this hearing. I therefore find that the volumes five and six are not available. Given this situation, the Tribunal will consider your statements if you wish to make any, of what you believe the diary entries represent. Since the original diary text is not available to benefit us here today, the Tribunal will consider weighing evidence related to your diary accordingly. Those are my rulings on the requested evidence. Does the Recorder have any other unclassified evidence to present?

RECORDER:       Mister President, I have no further unclassified evidence for the Tribunal, but I respectfully request a closed Tribunal session at an appropriate time to present classified evidence relevant to this Detainee's status as an enemy combatant.

PRESIDENT:      Recorder, your request for a closed session is granted and will be taken in due course.

RECORDER:       Sir, I have a point of order.

PRESIDENT:      Please.

RECORDER:       I would also like to note that the Personal Representative has provided me copies of the Detainee exhibits and I have reviewed them prior to this Tribunal.

PRESIDENT:      Very well. And that's understood. We will now take a short recess-- excuse me, a short break in session here while the Tribunal members familiarize themselves with the unclassified evidence that was recently provided to us.[approximately a five minute pause] Very well, we have familiarized ourselves with the evidence provided to us so far. ZAYN AL ABIDIN MUHAMMAD HUSAYN, you may now make an oral statement to the

**UNCLASSIFIED**

|  |  |
|---|---|
|  | Tribunal and you have the assistance of your Personal Representative in doing so. Do you wish to make an oral statement to this Tribunal? |
| LINGUIST: | What did he say? [Detainee asked via the Language Analyst] |
| PRESIDENT: | Does he wish to make an oral statement at this time? |
| DETAINEE: | Yes. |
| PERSONAL REP: | Mister President, and correct me if I'm wrong, the Detainee has requested that I, as his Personal Representative, read his oral statement, which I have submitted as an exhibit on the Detainee's behalf. Correct? [Confirming with Detainee.] |
| PRESIDENT: | And if that's okay with you, Detainee, we will proceed in that manner. |
| DETAINEE: | Yes. [Also acknowledged by an up and down head movement.] |
| PRESIDENT: | And you nodded in the affirmative, that's correct. I understand from the Detainee Election Form that you wish to make your statement under oath. Is that correct? |
| DETAINEE: | [Acknowledged by an up and down head movement.] |
| PRESIDENT: | Again, nodding in the affirmative. In that case, Recorder please administer the oath to the Detainee. |

### Form of Oath for a Muslim

|  |  |
|---|---|
| RECORDER: | Please repeat after me, In the Name of Allah, the Most Compassionate, the Most Merciful, I, ZAYN AL ABIDIN MUHAMMAD HUSAYN, swear by almighty God that my testimony before this Tribunal will be the truth. |
| LINGUIST: | [Translated in entirety to Detainee and Detainee repeated oath] |
| PRESIDENT: | Thank you. Personal Representative, you may proceed with the Detainee's statement. |

### BEGIN DETAINEE ORAL STATEMENT

|  |  |
|---|---|
| PERSONAL REP: | The Detainee responds to the following subparagraphs from the Unclassified Summary of Evidence with the following key points and with the understanding that he may interject or add to what I say, to correct what I say: Subparagraph 3-b. "Here I would like to add some additional context for the Tribunal's consideration regarding the Khalden training camp and what I had to do with this camp. To begin with, the Khalden camp has been |

**UNCLASSIFIED**

around since back when Russia was considered our enemy due to their invasion of Afghanistan. The mission of this training camp was for the purpose of training Muslim brothers for defensive jihad. Defensive jihad means that if an aggressor or invader invades Muslim lands, no matter where, then it is every Muslim's duty to defend the land against the invader. For example, Russia against Afghanistan and Serbia against Bosnia. In the case of Serbia against Bosnia, America helped us which I was thankful for, but we did not like being in the position of needing America's help due to our feelings toward America due to their support for Israel. Another example of defending jihad is Russia against Chechnya and, of course, Israel against Palestine. I became affiliated with this training camp as a Coordinator in about 1994 and all this time, as well as in times prior to 1994, our doctrine was to train against the sort of enemy invaders I spoke of a moment ago. Please note that all this time I never once visited the camp. I did my job as a Coordinator out of Pakistan for the camp. Our doctrine was not to train against those who did not invade Muslim lands. Our doctrine was not the same as what USAMA BIN LADEN and al Qaida were promoting, which was and is a doctrine of offensive jihad. Our doctrine has always been to go after enemy targets, and by that I mean military targets, which include military members or civilians who work for or directly support the military. I disagreed with the al Qaida philosophy of targeting innocent civilians like those in the World Trade Center. [REDACTED] The point of all this is that when RESSAM stated about specific types of targets is inaccurate in the sense that while some of the training manuals we used to learn about targeting did specify types of targets, we did not train for any specific targets there. Also, these training manuals were military manuals from America, Russia and other countries. My last point about 3-b is that from about 1994 to about 2000, I was posted to a guest house in Peshawar, Pakistan and one in Islamabad, Pakistan as the leader or Emir of this guest house. I was not the head of the training camp. Here at these guest houses my job was to facilitate the logistics of the brothers coming from their countries en route only to Khalden, not other camps. And after they returned from Khalden, my job was to send them to wherever they wanted to go, especially Chechnya and Bosnia. But some of the returning brothers just wanted to go back to their normal lives, which I also facilitated. Besides this responsibility, I would also send money to the Khalden camp. But, I knew nothing about the details of the actual training at the camp. Lastly, I want to say a few things about who I would and would not facilitate training for through my guest houses. There are three categories of Muslims that would come to us: Fundamentalist, Extremist, and Fanatical. I was always very selective about not working with the Fanatical Muslims that wanted training, such as the Algerians of the Armed Jamaat Islamia. In fact, the Armed Jamaat Islamia threatened my life because I refused to work with them. This is not to say that fanatics or

**UNCLASSIFIED**

UNCLASSIFIED

takfiri-- takfiri did not deceive me in order to get training, but that I could not have been aware of and I would not have knowingly supported that." Subparagraph 3-c. "As I previously mentioned, I was not the Emir of the Khalden training camp. I was a Coordinator at two guest houses in Pakistan in charge of some logistical matters of getting Muslim brothers to Khalden. SALAH AL LIBI, IBN SHEIKH AL LIBI was the Emir of Khalden and Deronta training camps. It's true, I did not have to report to anyone above me, but AL LIBI and I agreed in 1997 not to accept the fanatical Algerians into Khalden. The statement that I was an associate of USAMA BIN LADEN is false. I only met him in the year 2000. I'm not his partner and I'm not a member of al Qaida. BIN LADEN wanted al Qaida to have control of Khalden, but we refused since we had different ideas. I only started relationships with the extremist groups after 2000, such as al-Jamaat Islamia of Egypt, not Algeria and Jamaat al-Jihad. I never corresponded with USAMA BIN LADEN before 2000. After 2000, I visited USAMA BIN LADEN to ask for help to re-open Khalden." Subparagraph 3-d. "This is not true. At this time, I was in Pakistan, as my diary shows. Also, I did not transport this money." Subparagraph 3-e. "There is nothing in this paragraph that gives a date, time, and location of the operations, so how can I be a facilitator on something so non-specific? In my jobs, I was a facilitator for all Muslim brothers I worked with. And with and for many things, but RESSAM's statement has no specifics for me to respond to." Subparagraph 3-f. "Here, the writing in my diary about plans against America were strictly hypothetical--they were not plans that I intended to execute against non-military targets in America or anywhere else. And even with the military targets, these were only ideas." Subparagraph 3-g. "I submitted to AL LIBI the request for AHMED RESSAM's training, but the decision to send him was not mine." Subparagraph 3-h. Yes, excuse me, subparagraph 3-h. "Yes, I requested AHMED RESSAM to get passports, but not fake ones. I wanted five real Canadian passports to be used for personal matters, not terrorist-related activities. Also, the passports were not for America; they were for Canada and other countries for people other than RESSAM." Subparagraph 3-i. "Again, these are in reference to ideas only, and not specifically relating to America, as my diary would show. After 9/11, I worked with al Qaida in Afghanistan. USAMA BIN LADEN wanted ABU KHEIR to be responsible for three cities in Afghanistan. ABU sub-divided these cities, and he made SALAH AL LIBI responsible for Khowst. SALAH wanted me to be his deputy. I refused because I had no memory and limited experience, as I referenced in my diary. But I volunteered to be a soldier. So, I left for Kabul and then Kandahar, as I put in my diary." Subparagraph 3-j. "These were hypothetical ideas based on what I knew about how past wars have been fought. For example, World War II. In World War II, the Allies pit Shia against Sunni for their advantage, and I wrote about this sort of thing in my diary. But I never

UNCLASSIFIED

**UNCLASSIFIED**

believed in killing civilians." Subparagraph 3-k. "When our house was raided, we had no guns, so all we could do was fight with our hands. One of us had a knife, and he got killed. So, the statement that gunfire was exchanged was incorrect. The gunfire only came from the soldiers who attacked our house." Mister President, that concludes the Detainee's oral statement in response to the unclassified Summary of Evidence. With your permission I would like to read the cover letter regarding the diary. Volume four specifically as it relates to paragraph 3-d in the unclassified Summary of Evidence.

PRESIDENT:       Before you do, I would like to ask the Detainee if he has anything to add to the statement that you read earlier.

DETAINEE:        [Shook his head in a side to side motion to indicate a negative.]

PRESIDENT:       And that was a negative; shaking the head. I understand. You may proceed, Personal Representative.

PERSONAL REP:    Memorandum for the President and Members of Combatant Status Review Tribunal for ISN 10016. Subject: Exhibit D-c, Part 1 of 3, Review of ISN 10016's Personal Diary, Volume 4. Paragraph 1. On 16 February 2007, ISN 10016 herein referred to as "the Detainee" asked that I submit the Detainee's personal diary to the President and Members of this Combatant Status Review Tribunal as an exhibit for the Detainee to help corroborate his Oral Statement Exhibit D-b before the Tribunal Members. Paragraph 2. Volumes 1, 2, and 4 of the diary were reasonably available in support of the Detainee's request. Upon careful review of these four volumes by two U.S. Government Language Analysts and subsequently my personal consultation with these two Analysts, I hereby submit to the Tribunal the following conclusions: Of Volumes 1, 2, and 4, only Volume 4 pertains to the Detainee's Oral Statement in response to Sub-Paragraph 3-d of the unclassified Summary of Evidence, Exhibit R-1. Paragraph 2 b. Volume 4 contains entries which suggest that, from 1 January 1996 through 15 August 1996 the Detainee spent time in Karachi and Peshawar, Pakistan. Within these entries and, indeed, throughout Volume 4, the Detainee makes no reference to traveling to Saudi Arabia and transporting 600,000 United States dollars to Usama bin Laden, nor does he make reference to having anyone transport 30,000 to 35,000 United States dollars on the Detainee's behalf. Part 2 of Exhibit D-c is attached to Exhibit D-c and that is the Detainee's volume 4 diary pages, which specifically state the Detainee's location and date he was at, during that time. And then part 3 of Exhibit D-c is also attached and it consists of the English translations of those specific Volume 4 entries, which identify dates and specific locations of the Detainee.

**UNCLASSIFIED**

UNCLASSIFIED

PRESIDENT:        Personal Representative, just to clarify, part two is a copy of the Arabic version of the diary, just for our records.

PERSONAL REP:    Yes, Sir.  That is correct.

PRESIDENT:        And part three is the translation provided by the Translator on record?

PERSONAL REP:    Yes, Sir.  That is correct.

PRESIDENT:        Very well.  Personal Representative, did you intend to read part three of your input? [SCI]

PERSONAL REP:    No, Sir.

PRESIDENT:        We have that available and we will familiarize ourselves with those entries right now.

PERSONAL REP:    Yes, Sir.

PRESIDENT:        The Tribunal will take a little time to review your previous statement with regards to the Summary of Unclassified Evidence so we can put it all together for us here at this time.  [After a several minute pause.]  ZAYN AL ABIDIN MUHAMMAD HUSAYN, it was a very complete statement regarding all parts of your unclassified Summary of Evidence.  Thank you, we just needed time to review that carefully.  We now proceed to a portion of the script where we will ask questions, starting with the Personal Representative.

## DETAINEE QUESTION & ANSWER

PRESIDENT:        Do you have any comments to provide?

PERSONAL REP:    No, Sir.  Mister President, I would like to request that the Tribunal Members be patient given the Detainee's difficulty with speaking.  Please be patient to any responses he may have to your questions.

PRESIDENT:        We appreciate that very much and we will take our time.  Again, if anyone needs a comfort break, please let me know; we'd like to proceed.  Recorder, do you have any questions for the Detainee?

RECORDER:        No, Sir.

PRESIDENT:        And I believe the Tribunal Panel Members do have a few questions they would like to ask.

UNCLASSIFIED

**UNCLASSIFIED**

MEMBER:        One question.  In your statement you said that you contacted USAMA BIN LADEN after 2000 to reopen Khalden camp.  Was that after 9/11 2001 that you contacted him?

DETAINEE:      I first meet with BIN LADEN it is before Cole.

MEMBER:        Before Cole. [SCI]

DETAINEE:      Yes, 2000.  Maybe month eight-- eighth month; it is, of course, before 11 September.

PRESIDENT:     I would like to ask a follow-up question.  Why was the camp closed?

DETAINEE:      Bin Laden try to close all camps to make all Arabs or all Muslims came through his camp; my camp, it was more famous.  Our more people, more Mujahideen came to my side.  Bin Laden he wants them to came his side to-- to put his idea.  We do not give any idea, only please take training and use it in place it's appropriate in Islam.  That time it was Chechnya; before it was Bosnia.  That another places in Kashmir any place we tried to save Muslim land from attacking, BIN LADEN have different idea.  So he not request; he I do not know the truth exactly.  But it is order from Taliban against our camp to close our camp.  We tried; Taliban refuse.  They say, no, only BIN LANDEN camp stay; another camp not allowed.  When I visit Bin Laden, I request him to help me because he have nice relation with Taliban.  With me, I don't know any Taliban.  All my time in Peshawar or Islamabad I surprised he tell me, "It's good to close your camp to make all Mujahideen in one camp and one idea, one Emir."  I understand it is his order, his idea, so he refused to help, to close, to reopen my camp.

PRESIDENT:     Okay, thank you.

MEMBER:        You said in your statement that the Khalden camp has been around since back when Russia was considered your enemy.  Who is the enemy now that the trainees at the Khalden camp are training operations against?

DETAINEE:      When we give training order, brothers in our camp.  We not put specific opinion this is the method to affect the enemies first.  So any person want to go or to join jihad in Russia, Chechnya, or another place that Kashmir or Philippine, also, we not one specific enemy.  And BIN LADEN come.  He say enemy is America.  We should how to-- second thing in our camp.  We different all method after we tell him but this allowed in Islam, this not allowed in Islam; same killing the civilians, killing the old mens or womens; not allowed to kill the woman's child the [via Linguist] clergyman any.  All this not allowed to kill them during our jihad.  And then BIN LADEN

**UNCLASSIFIED**

UNCLASSIFIED

comes in some circumstance. It's no problem because the enemy not care. Why shall I, why shall we care-- clear-- clear in English?

PRESIDENT:      I understand.

DETAINEE:       In our camp. But truth is not all of us have this idea. This is [via Linguist]

LINGUIST:       This is the basis of our camp.

DETAINEE:       But it because some people take the training and use it

LINGUIST:       In his way of understanding jihad.

DETAINEE:       We not control completely.

LINGUIST:       The trainees.

DETAINEE:       Because we take train and leave; we not give order do this, do not do this, our camp.

MEMBER:         In your response to subparagraph 3-f, you said that you had ideas only in your diary. Like if you believe only in attacking military targets, why were your plans to include the burning of farms which-- and cities-- which would include innocent people and non-military targets?

DETAINEE:       Which number, which number? [asking the Language Analyst]

PRESIDENT:      Paragraph 3-f is what we are referring to.

LINGUIST:       Which paragraph?

MEMBER:         3-f. [Personal Representative and Member both speaking.] [SCI]

PERSONAL REP:   Can I go ahead and read paragraph 3-f? [Detainee, Language Analyst speaking at same time]

PRESIDENT:      And for the Translator, please read in Arabic, paragraph 3-f. In English it is, the Detainee made a diary entry in 2000 in which it described plans against America consisting of explosions and the burning of cities and farms.

LINGUIST:       He had it all not in order; I'm just finding it.

PRESIDENT:      Please take your time.

DETAINEE:       Shall I respond?

PRESIDENT:      Please.

UNCLASSIFIED

**UNCLASSIFIED**

DETAINEE:    I-- we talk about farm here. [Speaking with Language Analyst.]

PRESIDENT:    Well, in your statement regarding 3-f, you said, "here the writing in my diary about plans against America were strictly hypothetical. They were not plans that I intended to execute against non-military targets in America or anywhere else. And even with military targets, these were only ideas."

DETAINEE:    I can't remember exactly what you talk about in my diary. I know exactly what I wrote.-- writ wrote [asks for correction from Linguist] --One part I do remember, I write against eleven September. I talk for USAMA BIN LADEN as I talk-- is it for BIN LADEN or with BIN LADEN? [asking Language Analyst] [SCI] BIN LADEN. I told him, if it's only war-- he wants to make only war, you have too many avenues to pursue. It is eleven September operation; it is big operation. It is not war. Complete war if you not care about what is not allowed in Islam or what is not allowed; you can't make real war affect America more. One of this is killing people in the market and [via linguist] start a war race.

PRESIDENT:    A race war; okay.

DETAINEE:    Make poison and all this we study it, even in our camp, how to make war but what allowed or not allowed, this is what makes a difference between Mujahideen or only Army person. Army person, he want to win the war only; for us, no. We should make fight by religion method. So BIN LADEN, what he do on 11 September, he said, make these people an-- and make ordinary war. So all what I write how to affect America, and I not talk about America only. I talk Russia, Israel, India and there is a lot of method we can use, choice, but because we are Mujahideen we make our choice. It's big; it becomes small--small, small and BIN LADEN, because the truth another Mujahideen, it is reaction of what the enemy do against us in our country. They killing of our child so we not care to killing their child; it's not allowed in Islam. I have it exactly, if you read my diary nice, you will understand my idea nice. Sorry to say this in front of you, as lady, and you also gentlemen. Even Bosnia time what is happen raping a lot of women. Some brothers Mujahideen they don't know complete knowledge of jihad or Islam. He like to die sake in the sake of Allah the God but because he don't know the knowledge he see or saw Serbian raping the Bosnians women so he is angry reaction; he want to rape the Serbian woman because he is angry. It's not allowed in Islam [Asking Linguist for clarification]

LINGUIST:    What is the fault or the accusation against this woman?

DETAINEE:    So only reaction. So that is what I wrote here. If we have too much chance, if we are fighters, only army people. If we are Mujahideen, we should choose. So it is kind of I cannot talk to the brothers to tell them BIN

**UNCLASSIFIED**

**UNCLASSIFIED**

|  |  |
|---|---|
|  | LADEN he is make mistake because me myself I should ask scholars this allowed or not allowed. So I am talking or I was writing for myself the idea it is like this, if you understand me. |
| PRESIDENT: | And I'll point out that I believe that volume of the diary is not available for us to see it in the context that you wrote it, so I understand what you provided to us in the statement is your representation of what it would tell us if we had it here today. |
| MEMBER: | In the unclassified summary, it says you coordinated and cooperated with USAMA BIN LADEN. As a coordinator, did you help facilitate the transfer of fighters between the camps for training to support USAMA BIN LADEN? |
| DETAINEE: | What, what? About what RESSAM say, no. RESSAM, he is only student [Via Linguist], a trainee. He don't know the big picture. He came; I sent to the camp; he returned from the camp, he think I am big relations and controls all camps. I only have control in my own camp, and we not make this change between anybody of our trainers. They want to join BIN LADEN, we will not give him, we will not tell him good or bad. We are same kind of supermarket; he came to take training and he leave. We give him knowledge as we can-- please be careful; the blood of the human, any human, it is not cheap but if he want to kill you--you, you have right to save yourself, your family, your country. Or help another countries in this circumstance--Chechnya that time. Excuse me, small point about RESSAM. He joined our camp. He take the training after he joined the Algerians. The Algerians, they are not the Algerians fanatical group, another small group, but they are also having more; they are a little extreme. We look at ourself as a fundamentalist. And to other people we are little extreme. We call them extreme. More the fanatic; the fanatic they are too bad. Same as what happen in Algeria. He leave our camp and he joined this group and they put in his mind more ideas because he, by himself, he is ordinary Muslim--not a scholar, not have any too much knowledge. He have ideas to make problems against Jew in Canada. I tell him if they are helping Israel, I told him this is good war. But if only Jew it is not our headache. It is between him and God. But helping Israel to killing our people and--and-- and this good chance this is I do and I-- I admit, yes, I talked with him after he make another operation or ideas against America and another thing, it's too far-- about what we talk about. |
| MEMBER: | In your statement you said you started relationships with extremist groups after 2000. Was that as a Coordinator? |
| DETAINEE: | No. Only all that time I was in Peshawar or Islamabad in secret life because the agencies, police, they would try to catch me or stop our jihad. So I |

**UNCLASSIFIED**

**UNCLASSIFIED**

didn't meet anybody, only anybody want to study in my camp. When they closed my camp, I entered Afghanistan after since 1993 to 2000. Yes, 2000. All the time I was in Peshawar I did not meet anybody from this group when I entered I meeted them only ordinary relations. not helping, not work, nothing. Only as brothers only [Via Linguist] Not the supporters or the helpers. Even with BIN LADEN, another group, they are big Mujahideen I like-- it is my pleasure to meet them, know of them. That is it. All my work is for my own Khalden camp.

MEMBER:        So am I understanding correctly that the relationship with the extremist groups was to allow them to obtain training at the camps?

DETAINEE:      No.

MEMBER:        At that particular one-- particular camp?

DETAINEE:      No, it isn't my camp. At that time it was closed. But only it is--

LINGUIST:      I only had social relations with them.

DETAINEE:      Because I not met them. All the time I hear about them, they hear about me.

MEMBER:        The unclassified summary states that RESSAM stated that you wanted to acquire passports in order to bomb several cities. And you stated it was for personal matters. Can you explain what you meant by personal matters?

DETAINEE:      Yes. Since we joined jihad against the Communist, at least in my time, the Russians came, they leave Kabul Afghanistan, so there was only the Afghanian Communists, at least in my time. But we was in the vision of Pakistanians, even Americans, or Saudi Arabia, or Arab countries; they look for us as heroes. Of course, we not care; we do it for God. But after Russia leave, Pakistan and Communist even by them self they leave. The Pakistanian start tell us leave that country. Most of us, we can't leave Pakistan because if we return for our country, they will hang us as a terrorist. That idea, we not have any big idea in terrorist. We came to help Afghans. So we became between the government of Pakistan and our government. We can't sit; we can't leave. So we start, start, tried to leave Pakistan to Europe to be refugee or go to work, ordinary work. Because of this, we start having no passport. We can't contact our Embassies so when we decide to married, we want to married. We start with a time we have child; we can't have any paper for our child. It was a big problem for us. Most of brothers say we can't go to school. We can't, we can't--we start work in fake passport. At that time, RESSAM, I request him passport, I was famous. I was me, myself, a big market for fake passport. I can send anybody to any place; it is easy. So this is my work. I am not shy from it,

**UNCLASSIFIED**

**UNCLASSIFIED**

but RESSAM and other brothers in Africa, the Gulf, and Britain, French, I request please, I need real passports. The fake passport, it will take time. After, I can't renew it. I can't put my son in the any school, even Pakistani school. I should change and we can't make any business. We can't travel for ordinary traveling because it is not one case, two case most of Mujahideen. About me, I was responsible about Khalden. So I think brothers, they are working inside Khalden. My work to send them money so then anybody wants married, I tell them, why you not married? You start to become old; you not have any children. They say, "This is problem where do I put my child? In which embassy? Which passport?" I start thinking about this practically so it was since 95 or 6 or 7 I try to make real passport. It is not real, real. There is some hush money but in the last it become real I saw three four brothers they have this in Britain and French and RESSAM, by himself, he have this kind of fake passport and he contact the embassy by themselves. They cannot discover it is fake passport so he can renew it. I tell him please I need five for my instructor brothers in my camp. It is my work to give them money--anything. Then it is my work to make this thing for myself and for them. Myself I want to marry but what will happen to my child or even my wife if she wants to travel to her country? Or so I tell him please, I need this real passport, same what you have. I think may you have idea about this kind of passport RESSAM have. He contact the embassy; the embassy by them self they can't discover it is fake. The fake what I have is change the photo. This is easy, but I can't--can't renew it. That one he have, it is very well. So I try Canada, Britain, French, Africa, some three, four, Arab countries, but 'til the last I not succeed because it is chance once in the three four years because it is too difficult. So this, the passport I need. If I want to make operation best passport it is the fake passport not the real one.

MEMBER:          You said in your statement that after 9/11 you worked with al Qaida in Afghanistan; what did you do to support al Qaida after 9/11?

DETAINEE:        After 11 excuse me, before 11 September, my camp and another small--small camp, we was angry from al Qaida because order of BIN LADEN to close their camps. After eleven September, the big groups they was angry from BIN LADEN why you not tell us about this big operation? At least give us a chance to adjust ourself, but we have idea is that if the enemy came to attack us, it is not good to make different between us. Then you should united 'till we kick the enemy after we will return for our problems. So after eleven September, we know America or another countries. Even the north people in Afghanistan near Pakistan too-- they will attack Afghanistan. It is not good to make between us problem. Me myself, I was angry from BIN LADEN but it is not good appropriate time. We or most brothers, groups they don't have money same as al Qaida operations-- sorry

**UNCLASSIFIED**

**UNCLASSIFIED**

experience, experience in the war. So everybody, we were ready. What you want us to do in Afghanistan, oh BIN LADEN? He say, "we will send our experience people to save the cities." Some group in Jalalabad, maybe you know the name, and in Khowst because our camp it was in Khowst City and another group. They or BIN LADEN or his deputy in the truth, he request BIN EL- SHEIKH SALAH, the Emir of my camp. We want you to care about Khowst, your Emir, your boss or responsible from al Qaida, one person his name ABU AL KHEIR as we mentioned. You will be responsible about the groups. When I found my Emir join al-Qaida, it is not join mean makes bayat [via the Language Analyst: he pledged Allegiance] no he did not, [via Language Analyst: yeah, he pledged Allegiance --[SCI]-- my Emir did not pledge Allegiance, that's what he's saying]. He worked with al Qaida so when I found my Emir he will work, I don't know anybody in Afghanistan--only the Emir or the responsible of my camp. I found him, he join, then I tell him OK, what you want us to do. You want me to be this one person from al-Qaida, and this is my camp Emir, and they want me to be the deputy of my Emir. I told them, I have no any experience in even how to open Kalashnikov very well. All my time in Afghanistan and Pakistan, I know how to make fake passport. Escaping anything, it is easy for me in the cities, but in the front lines or how to use this Russian gun machines since I lost my memory, I have problem to work with how you want me to be responsible about if something any work in Pakistan in the cities, I spent a lot of years-- I know how to do. But in the cities, mountains, this front lines since I lost my memory, I not have chance to re-study again. Quickly I became responsible, responsible responsible, and stop any new knowledge about gun machines. For this I tell him sorry and I leave. ABU AL KHEIR, al Qaida person, he said this order of BIN LADEN. I tell him I am not al Qaida, to give me order. I like him, I respect him, but there is no order to give me. Because it is not make sense, I will make the brothers in the bad circumstances because I do not know simply the truth if I know I will do my best.

MEMBER:        So instead of being a deputy, you volunteered to be a soldier?

DETAINEE:      Yes, I am ready to be a soldier, but they refused. They say no, at least because you have big name. I say ok, I have big name in different case not in this case. But even this, I not do it. I think best to help, to bring money. I know how to raise money so there is a lot of brothers they have bad circumstance. Al-Qaida they have money they know how to help their people. So I like to help the another brothers whose not join any groups and they have bad circumstance of money and their families child in Peshawar or in Afghanistan. It is one of my work to help them. So I decide to return to Pakistan or travel to Iran to try raise more money to help this people whose nobody care about them. Al-QAEDA they will care about money

**UNCLASSIFIED**

and front lines and these things all their groups, their people. And I mentioned this even by details, day by day in my diary, but you guys had it. Is my English, it's clear? Can you understand me?

PRESIDENT:     I believe we do understand your statement. Thank you.

MEMBER:        I just have one more question about the safe house that was raided. It says in the unclassified summary that you were captured during the raid of a safe house. What was that safe house used for?

DETAINEE:      Only we are escaping from we leave Afghanistan. It was only you are Arabs or look Mujahideen in Pakistan, its big problem for you. Especially those they not have passports, fake or real. So we are saving our self because Pakistanian and Americans and another group they try to catch anybody came from Afghanistan. So we are tried to save our self 'til this problem came down, yes [confirmed with Linguist]. It's not from place, it is maybe the third or fourth house in maybe two months we change. We change 'till we found maybe we travel to Iran or any safe place 'till we found house again because it was bad circumstance from security.

PRESIDENT:     And from your statement, the only weapon you had in this house was knives?

DETAINEE:      From kitchen; one of the brothers after we start by our hand.

PRESIDENT:     That's the question that I had. In your statement we were talking about it earlier, I would just like to clarify if I could. This is again referring to what was in the diary. After 9/11 that you had worked with al Qaida in Afghanistan, we understand from your earlier statements that you weren't able to actually be a soldier because you couldn't remember how to work a weapon. So your statement is a little confusing. You said you volunteered to be a soldier, but from your previous discussion, am I led to believe that you could provide other services, such as raising money, forging passports, those were considering support to the forces in Afghanistan as they defended themselves from the Northern Alliance or American forces after 9/11? Is that correct?

DETAINEE:      As I told you, God willing, you hear from this gentleman about what I did. Yes, I not try to cheat you or to safe to escape from something I do or done. I don't know grammar in English. There is I tried to raise money to help the brothers. It is they are not al Qaida, not Taliban; these people, they know how to help themselves. I try to help the brothers whose they are nobody care about them. I will and this is the same as my work from beginning. Maybe I will take them out of Afghanistan and yes I do, and make fake passport for them to take. I don't want them to be in the jail because

**UNCLASSIFIED**

UNCLASSIFIED

something BIN LADEN do and he's maybe new brothers he didn't do anything about the real jihad. Yes it's one of my thing I was describe to you to give money, passport, safe houses for any brothers who he have had anybody to care about. And these people they are not group; they are members. If this you mean about this, yes, members, members of mujahideen, none al Qaida none, Taliban, even may most of them none Khalden brothers; they are new brothers, they are in bad circumstance; nobody care about them. It is my work to care about them.

PRESIDENT:       Thank you; any other questions from the Tribunal panel?

MEMBERS:        No, Sir; no, Sir.

PRESIDENT:       Thank you for your statement. We'll now continue with the proceedings and other matters.

**CALLING OF WITNESSES**

PRESIDENT:       We will now allow for the calling of witnesses. All witnesses called before this Tribunal may be questioned by the Detainee, Personal Representative, the Recorder, and the Tribunal Members. Does the Recorder have any witnesses to present?

RECORDER:       No, Sir.

PRESIDENT:       And I noticed from the Detainee Election Form that the Detainee has not requested any witnesses today.

**CLOSING UNCLASSIFIED SESSION**

PRESIDENT:       ZAYN AL ABIDIN MUHAMMAD HUSAYN, this concludes the presentation of the unclassified information for the Tribunal. We are about to conclude the unclassified portion of this hearing. I understand that you have a final statement that you would like us to receive at this time. And again I believe, the Personal Representative will be reading that statement on your behalf. Is that correct Personal Representative?

PERSONAL REP:   That is correct, Sir. Again, with the understanding that the Detainee may interject or add to what I say to correct what I say.

PRESIDENT:       Very well. You may proceed.

PERSONAL REP:   "In the name of God the Merciful. Mr. President and Members of the Tribunal, I would have liked to have spoken to you today on my own, but I have been having seizures lately which have temporarily affected my ability to speak and write without difficulty. Therefore, I asked my Personal

UNCLASSIFIED

**UNCLASSIFIED**

Representative to speak on my behalf. I hope from you justice, and I know that is what you seek. [REDACTED] They did this to me because they thought I was [REDACTED] a partner to USAMA BIN LADEN, as is mentioned in the unclassified Summary of Evidence against me. [REDACTED] After this, I started feeling the symptoms of my 1992 injury to my head, including the complete loss of my memory and an inability to speak, read, or write. But, these abilities slowly came back to me although I still have shrapnel in my head. Also, another form of torture was when they-- when they-- excuse me, I'll repeat this sentence. Also, another form of torture was when they wouldn't give me my diary, which caused me to have nearly 40 seizures. The mental anguish that came from broken promises in which they said that they would give me my diary back contributed to the seizures. Most importantly, my diary can refute the accusations against me and it can show that I am personally against the sort of acts that were committed. Dear Members of the Tribunal. I am saying all of this-- excuse me. In saying all of this, I am not trying to gain your pity. I am only trying for you to see the big picture, the true picture not the picture, depicted by the media, which the CIA found out too late. Therefore, I would like you to know this truth before you make your decision. I know this is not a criminal trial, as you say, but all I hope from you is that you try me for something that I am proud of having done, not something I didn't do or am against, nor something that would shame me before the world. I am not here to lie to you, or cheat you, or to lie to myself by saying that I am not an enemy of your injustice. I have been an enemy of yours since I was a child because of your unjust acts against my people, the Palestinians, through your help and partnership with Israel in occupying our land and by killing our men and raping our women and kicking out our people and turning them into refugees for more than 60 years. Until now, half of my people are refugees in refugee camps. I can not deny that, since back when I was a child, I liked a lot of things in your country and your history and your culture. I am not lying by saying that, but it is the truth. My moral position is not against the American people or America, but against the government which I see as a partner in oppression. A partner of a killer is also a killer. I also resent the military that is used by this government to inflict this oppression. In other words, dear members of the military, I am against you. My words are not hypocrisy, and I do respect you. I believe that even my enemy should be respected. I don't deny that I am an enemy of your injustice, but I deny that I am an enemy combatant. I never conducted nor financially supported, nor helped in any operation against America. Yes, I write poetry against America and, yes, I feel good when operations by others are conducted against America but only against military targets such as the U.S.S Cole. But, I get angry if they target civilians, such as those in the World Trade Center. This I am completely against [REDACTED] My diary will prove that some of our accusations

**UNCLASSIFIED**

UNCLASSIFIED

were not my plans. How can I plan for operations that I don't believe in? What you call plans about what BIN LADEN did on 9/11, I wrote in my diary in response to BIN LADEN's action, noting that he had many choices on how to conduct war which are wrong in Islam, such as race war, killing civilians, burning cities, and targeting civilians in markets. This is what people of war do, and I am sorry you are one of them. This is the truth. If someone reads my diary with a biased mind, he will misinterpret my meaning. Dear Members, this is what I have for you. As you have noticed, it wasn't a defense that contained much evidence [REDACTED]. I also do not have a lawyer to defend me in front of this Tribunal. Take notice that if a lawyer was present, he would not have allowed me to say what I said because I said the truth without reservation. And I am willing to be hung for it for something I have done. I am not a lawyer to defend myself. I can't even speak clearly, temporarily, God willing. It is only to demonstrate to you."

PRESIDENT: ZAYN AL ABIDIN MUHAMMAD HUSAYN, do you have anything to add to that statement?

DETAINEE: No.

PRESIDENT: No. Thank you. In your statement, you mentioned months of torture. Has anything that you provided us today regarding your written statements related to those times that you have been tortured?

DETAINEE: No. [conversation between Detainee and Language Analyst discussing the President's question] Actually, most of what they say I did in first months they take against me even for some things or like this they take I was--I was nearly before half die plus what they do torture me.--it--There I was not afraid from die because I do believe I will be shahid [Language Analyst translates] martyr, but as God make me as a human and I weak, so they say yes, I say okay, I do I do, but leave me. They say no, we don't want to. You to admit you do this, we want you to give us more information. This part I can't because I don't know. I say, "yes, I was partner of BIN LADEN. [REDACTED] and I'm his partner of RESSAM." I say okay but leave me. So they write but they want what's after, more information about more operations, so I can't. They keep torturing me, tell me why them self they discover you are not torturing. So some, not all, some what you have here even me say of me here in the paper, it is from FBI. But I don't know of the dealing; I was in the hands of FBI or CIA. But FBI people when I met them in the last month, [REDACTED] And they have my part--four part of my diary and the origin is with them. So who's torture me and taking over information. Maybe they are FBI, maybe are CIA; I don't know, 'till now. So here they say FBI-- FBI, they not talk about the CIA, so I don't know.

UNCLASSIFIED

PRESIDENT:    So you did make statements during that treatment?

DETAINEE:    A lot.

PRESIDENT:    And what you said, was it correct, was it incomplete or was it not correct or untrue in any way?

DETAINEE:    [REDACTED]  This first part the second part, okay.  What is the operation? I not have the specifics; I talk about open idea.  So most of this here the CIA, they admitted that I admitted too.  [REDACTED]  They start asking me again and again about this thing.  I tell them no.  [REDACTED]  I was like this, I was like this, I want to finish this.  And something they not believe all what I do, say in that time.  Some they believe, some they not believe.  I don't know what they need or not need.  They only ask and I answer.

PRESIDENT:    In your previous statement, you were saying specific treatments.  Can you describe a little bit more about what those treatments were?

DETAINEE:    [REDACTED]

PRESIDENT:    I understand.

DETAINEE:    And they not give me chance all this, [REDACTED]

PRESIDENT:    So I understand that during this treatment, you said things to make them stop and then those statements were actually untrue, is that correct?

DETAINEE:    Yes.

PRESIDENT:    Ok.  Regarding your statements that you have made here today at this Tribunal session, have they been completely voluntary of your own free will?

DETAINEE:    Yes.

PRESIDENT:    Very well.  What you have told us will be included in the record of these proceedings and will also be reported for any appropriate investigation. Also, we will carefully consider what you have told us as we make our determination as to your enemy combatant status.  I understand it was difficult for you to provide that information to us and I appreciate your time in providing it as well as all the information you provided us today.

RECORDER:    Sir, may I ask for one point of clarification?

PRESIDENT:    Please.  Continue Recorder.

**UNCLASSIFIED**

RECORDER:     ZAYN AL ABIDIN MUHAMMAD, have you been mistreated at any time since you have been in U.S. military custody here at Guantanamo Bay?

DETAINEE:     The truth, no. But small things. Here I discover they have rules, strict rules for detainees, but they do not care about the [Via Language Analyst] sick. From some side I appreciate what the doctors they do for me even here. But see [points to his leg] the problem of my leg and knee. I need to cover my-- this thing, I used the, what this [Detainee removes his left shoe and extracts a prayer cap] what we use it for pray to, I request them give me socks; this is too much cold I feel twenty four hours even in the very hot time since I have the injury. They say socks in this not allowed in this area in this place. Sometime I appreciate what you do; sometime I say maybe they mean it because they look for me as enemy. Ok, me myself, I am not big group; I am small group. I was having rules for my group if we can catch anybody, even if he Israeli my enemy. I am Palestinian. you should trust--uh respect him completely and take--we finish his case if we make [Via Language Analyst] an Islamic trial. Or if he is not army or something me myself I will send him to his country. It was small group. But this big country, we have rules, they make small things really, its affect person same me from his half- -half body my eyes, my hole in my head, my problem all is from this side sorry again and again, I have one testicle; I lost it even and this problem here is all this part it is not complete. [Indicating his left thigh] This part-- still good, still strong. [Indicating his right thigh] I tried to adjust myself as I can with this but small problems; socks make big problems. Small socks as much I request I need to cover it by my head [Via Language Analyst]. The prayer hat I had to use it in my socks, as socks.

PRESIDENT:     And-- and during the session, you did remove your prayer hat from your shoe that you have been using to keep your feet warm. We understand that.

DETAINEE:     At least twenty--twenty years hours I ask. And one of this big problem is it is my diary. Not my diary only, it is my papers. I do believe this seizure not came only here before sixteen years I have this big problem the holes or injury which I lost my memory. I not have seizure when I came here because angry because I don't know thinking about my paper diary [REDACTED] When I came here I ask about it again and again. I do not whose take it; [REDACTED]. I was only thinking--thinking I found myself I found myself fell down. They not believe in the beginning but the specialist doctor they tell me yes most of the seizure he have he bring it for himself by that think. And I know I try to escape but I can't. Thinking-- thinking sixteen years, I have these paper with me as my child  Maybe it is too [Via Language Analyst] it's emotional. But I try to be practical mind but I find myself too weak in front of these things because I write and everything happen for me so when they take it I feel they take my child. The child his age is sixteen or seventeen years. So I think if you ask

**UNCLASSIFIED**

**UNCLASSIFIED**

anybody outside they say this not torturing this is ordinary. For me, it is bigger than what CIA for me. [REDACTED] What they do on my body I will forget it, plus now taking the paper, my paper. Maybe not the army take, it but the army, I think, is responsible about making me suffer. In these two fingers or three fingers, [Pointing to his feet.] it's too cold I didn't know what how to say it in English Twenty Four Hours. And small things, really, it's not too important thing but its affect person as me is--uh I don't like to admit I'm a sick person. I try to be good Muslim person but the truth is almost half of my body is not good.

RECORDER:          Thank you for your response.

PRESIDENT:         Okay.

DETAINEE:          I will. [Tries to return prayer cap to his left shoe] I will use it after.

PRESIDENT:         Okay, we will see that your shoe is tended to at the end of this hearing; if we can proceed.

**CLOSING UNCLASSIFIED SESSION**

PRESIDENT:         All unclassified evidence having been provided to the Tribunal, this concludes the open tribunal session. ZAYN AL ABIDIN MUHAMMAD HUSAYN shall be notified of the Tribunal decision upon completion of the review of these proceedings by the Combatant Status Review Tribunal Convening Authority in Washington, D.C. If the Tribunal determines that you should not be classified as an enemy combatant, you will be released to your home country as soon as arrangements can be made. If the Tribunal determines you're classified as an enemy combatant, you may be eligible for an Administrative Review Board hearing at a future date. The Administrative Review Board will make an assessment of whether there is continued reason to believe that you pose a threat to the United States or its coalition partners in the ongoing armed conflict against terrorist organizations, such as al Qaida and its affiliates and supporters, or whether there are other factors bearing upon the need for continued detention. You will have the opportunity to be heard and to present relevant information to the Administrative Review Board. You can present information from your family and friends that might be of help to you at the Board. You are encouraged to contact them as soon as possible to begin to gather information that may help you. A military officer will be assigned at a later date to assist you in the Administrative Review Board process.

**ADJOURN OPEN SESSION**

PRESIDENT:         The open session of this Tribunal hearing is adjourned.

ISN # 10016
Enclosure (3)
Page 26 of 27

**UNCLASSIFIED**

**UNCLASSIFIED**

RECORDER:                The time is 1551 hours; the date is 27 March 2007.  All rise.

## **AUTHENTICATION**

I certify the material contained in this transcript is a true and accurate verbatim rendering of the testimony and English language translation of the Detainee's words given during the Combatant Status Review Tribunal of ISN 10016.


                         [REDACTED], Colonel, USAF
                         Tribunal President

ISN # 10016
Enclosure (3)
Page 27 of 27