# Exhibit L

Case 1:05-cv-02384-UNA    Document 81-12    Filed 01/28/2008    Page 1 of 2



**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530

---

Andrew Warden
Trial Attorney

Tel:  (202) 616-5084
Fax:  (202) 616-8470
Email: andrew.warden@usdoj.gov

December 27, 2007

**VIA EMAIL**

Patricia Bronte
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

    Re: *Said v. Bush*, 05-2384 (RWR); Saad Al Qahtaani (ISN 200)

Dear Ms. Bronte:

    We are in receipt of your letter of December 19, 2007 in the above-referenced matter. We are in the process of considering the points about which you inquire in your letter, but do not believe that we will be able to get back to you with a substantive response by December 27, 2007, the date that you have asked for an answer. We plan to be in further contact at such time as we have determined the appropriate response. Meanwhile, we ask that you contact us before taking any further action. Thank you.

                                         Sincerely,

                                         Andrew I. Warden