# Exhibit M

# JENNER&BLOCK

January 3, 2008

Jenner & Block LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel 312-222-9350
www.jenner.com

Chicago
New York
Washington, DC

**VIA E-MAIL & U.S. MAIL**

Andrew I. Warden, Esq.
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC  20530

Patricia A. Bronte
Tel 312 923-8357
Fax 312 840-7757
pbronte@jenner.com

Re:   *Said, et al. v. Bush, et al.*, No. 05 CV 2384 (RWR)
      *Anam, et al. v. Bush, et al.*, No. 04 CV 1194 (HHK)

Dear Andrew:

I am writing to confirm the results of the telephone conversation that Sarah Havens and I had with you yesterday afternoon. We called you to discuss Allen & Overy's letter to Terry Henry of December 17, 2007 and my letter to you of December 19, 2007, which requested certain information relating to the preservation, loss, or destruction of evidence relevant to the above-referenced habeas cases; and your letters to us dated December 27, 2007, informing us that you would not be able to provide us with a substantive response to our inquiries last week.

We raised two queries with respect to your response to our letters. First, we asked whether the Department of Justice ("DOJ") intended to give us a substantive response to our inquiries, or whether the response would be substantially similar to the government's opposition briefs in response to the motions already filed in other cases on the subject of the destroyed interrogation videotapes. We pointed out that we had taken a more measured approach, requesting information and assurances rather than the testimony of CIA officers or others. You said that you had forwarded our letters to your client; that you could not promise that we would receive a substantive response; and that your client's response would probably not be any more fulsome than the government's opposition briefs.

Second, we asked when we might expect to receive a response to our inquiries. You said you did not know, but you did not expect a response to be forthcoming anytime soon.

Andrew I. Warden, Esq.
January 3, 2008
Page 2

We are disappointed that the government has not responded to our inquiries and, indeed, cannot even say when or if it will respond substantively. Please contact us immediately if your client has a change of heart on these matters.

Additionally, we asked you whether you believed the situations described in our respective letters were encompassed within the DOJ investigation into the destruction of the videotapes. You said you did not know. In a December 21, 2007 hearing before Judge Kennedy in *Abdah v. Bush* (04 CV 1254), the DOJ represented that the scope of its inquiry would include "whether the destruction of the tapes was inconsistent with or violated any legal obligations, including those arising out of civil matters." Please let us know promptly whether, in light of the circumstances described in our respective letters, the DOJ considers the destruction of the videotapes to be inconsistent with or a violation of the government's general obligation to preserve evidence relevant to our cases. Please also let us know whether the DOJ intends to investigate specifically these apparent violations as part of its ongoing investigation and, if so, whether the DOJ will provide the results of this inquiry to the Court and counsel for petitioners.

Very truly yours,

Patricia A. Bronte

cc:  Pamela Rogers Chepiga (via e-mail)
     Douglas Cox (via e-mail)
     Sarah Havens (via e-mail)