**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALIM SAID, *et al.*, )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents.* ) | No. 1:05 CV 2384 (RWR) |

## NOTICE OF FILING

Please take notice that on January 29, 2008, counsel filed Petitioner Al Qahtani's Reply Memorandum in support of his Motion to Preserve Remaining Exculpatory Evidence with the Court Security Officer pursuant to the terms of the Protective Order.

Dated: January 29, 2008                                           Respectfully submitted,

                                                                                  /s/ David W. DeBruin
                                                                                  One of the Attorneys for the Petitioner
                                                                                  Saad Al Qahtani

| | |
|---|---|
| David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, DC 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 | Patricia A. Bronte<br>Sapna G. Lalmalani<br>JENNER & BLOCK LLP<br>330 North Wabash Ave.<br>Chicago, IL 60611<br>Tel: (312) 923-8357<br>Fax: (312) 840-7757 |

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Judry Laeb Subar
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

>/s/ David W. DeBruin
>David W. DeBruin (DDC Bar No. 337626)
>JENNER & BLOCK LLP
>601 Thirteenth Street, NW, Suite 1200
>Washington, DC  20005-3823
>Tel: (202) 639-6000
>Fax: (202) 639-6066