UNCLASSIFIED

APPROVED FOR PUBLIC FILING

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 1/3/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALIM SAID, *et al.*,           )
                                )
            *Petitioners,*      )
                                )
    v.                          )     No. 1:05 CV 2384 (RWR)
                                )
GEORGE W. BUSH, *et al.*,       )
                                )
            *Respondents.*      )

PETITION AL QAHTANI'S MOTION TO
PRESERVE REMAINING EXCULPATORY EVIDENCE

Petitioner Saad Al Qahtani ("Saad"), by his counsel, respectfully moves this Court for an

order directing Respondents and their counsel (a) to preserve all existing evidence that is

potentially relevant to Saad's challenge to the legality of his detention, and (b) to disclose certain

information about the loss or destruction of evidence relevant to this case. In support of his

motion, Petitioner submits the accompanying Memorandum of Law, exhibits thereto, and

Proposed Order, and states as follows:

1.      Saad has been a prisoner at the Guantánamo Bay Naval Base since approximately

January 16, 2002.



4.      On December 6, 2007, CIA Director General Michael V. Hayden publicly

acknowledged that the CIA had videotaped interrogations of Abu Zubaydah and Abd al-Rahim

al-Nashiri in 2002 and destroyed those videotapes in November 2005.

5.    Respondents had a duty to preserve the Abu Zubaydah videotapes ███████████ ████████████████ and Respondents should have anticipated – and did anticipate – this litigation long before they destroyed the videotapes.

6.    Petitioner's counsel attempted to resolve this dispute with Respondents' counsel pursuant to Local Civil Rule 7(m), but was unable to do so.

7.    This Court should take appropriate measures to ensure that Respondents preserve all remaining evidence relevant to this litigation.

For these reasons, as set forth more fully in the accompanying Memorandum of Law, Petitioner moves this Court for an order requiring Respondents to (a) preserve all remaining evidence that is potentially relevant to Saad's challenge to the legality of his detention, including ███████████████████████████████████████████████████████ ████████████████████ and (b) disclose to the Court and Petitioner's counsel information regarding the preservation, loss, or destruction of potentially relevant evidence; and for such other and further relief as the Court deems just.

Dated:  January 7, 2008

Respectfully submitted,

*Patricia A. Bronte*

One of the Attorneys for the Petitioner
Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499