UNCLASSIFIED

APPROVED FOR PUBLIC FILING

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al., | ) |
| Petitioners, | ) |
| v. | ) No. 1:05 CV 2384 (RWR) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

## PROPOSED ORDER

Petitioner Saad Al Qahtani is a detainee in United States custody at Guantánamo Bay Naval Base who, through counsel, filed a petition for a writ of habeas corpus challenging the legality of his detention. Petitioner has now filed a Motion to Preserve Remaining Exculpatory Evidence. Having consider the parties' memoranda and arguments; in light of Respondents' past assurances to this and other Courts and Respondents' conduct in destroying and sanctioning the destruction of evidence relevant to this action; and in order to preserve the status quo and in furtherance of a proper and just disposition of this action, the Court hereby grants Petitioner's motion and hereby ORDERS that:

I. Respondents shall preserve and maintain all remaining evidence that is relevant or potentially relevant to Petitioner Al Qahtani's challenge to the legality of his detention, including ████████████████████████████████ This Order shall apply to Respondents, their agents, servants, employees, confederates, and any persons or agencies acting in concert or participation with them, including but not limited to the Central Intelligence Agency. Respondents shall ensure

that all such persons or agencies receive a copy of this Order and are notified that they are bound thereby.

2. Within 30 days after the entry of this Order, Respondents shall provide to the Court and to Petitioner's counsel the information requested in Petitioner's letter dated December 19, 2007.

SIGNED this _____ day of _____, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge