# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*,            ) | |
|                                  ) | |
|     *Petitioners,*      ) | |
|                                  ) | |
|     v.                 ) | No. 1:05 CV 2384 (RWR) |
|                                  ) | |
| GEORGE W. BUSH, *et al.*,        ) | |
|                                  ) | |
|     *Respondents.*     ) | |

## NOTICE OF FILING

Please take notice that on January 31, 2008, counsel filed "MOTION to Preserve Remaining Exculpatory Evidence (Redacted) by SAAD AL QAHTANI (Attachments: #(1) Text of Proposed Order (Redacted))," Docket #83, which should be linked to the Notice of Filing of the unredacted versions of these documents filed on January 7, 2008, Docket #79.

Dated: February 1, 2008                    Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioner
Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)        Patricia A. Bronte
JENNER & BLOCK LLP                           Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200      JENNER & BLOCK LLP
Washington, DC 20005-3823                    330 North Wabash Ave.
Tel: (202) 639-6000                          Chicago, IL 60611
Fax: (202) 639-6066                          Tel: (312) 923-8357
                                             Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

        Judry Laeb Subar
        Terry Marcus Henry
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue NW
        Washington, DC 20530

        /s/ David W. DeBruin
        David W. DeBruin (DDC Bar No. 337626)
        JENNER & BLOCK LLP
        601 Thirteenth Street, NW, Suite 1200
        Washington, DC  20005-3823
        Tel: (202) 639-6000
        Fax: (202) 639-6066