PRE-APPROVED FOR PUBLIC
FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, et al. )<br>)<br>    *Petitioners,* )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>    *Respondents.* ) | No. 1:05 CV 2384 (RWR) |

## UNOPPOSED MOTION FOR LEAVE TO STRIKE AND SEAL DOCKET ENTRY 87

Petitioner Saad Al Qahtani ("Petitioner"), by his counsel, hereby moves this Court to enter an order to strike and seal docket entry 87 in the Court's ECF system, as set forth in the attached "Proposed Order to Strike and Seal Docket Entry 87." In support of this motion, Petitioner states:

1. The document filed with the Court's ECF system yesterday, February 20, 2008, docket number 87, was an incorrect version of Petitioner's Memorandum in Response to Respondents' Notice of Report Regarding Preservation. The correct version of the document has been filed as docket number 88.

2. The document that was inadvertently filed under docket number 87 is <u>not</u> the version of Petitioner's Memorandum that the Court Security Officer cleared for public release. Accordingly, this document should not be publicly available on the ECF system.

3. Respondents' counsel have indicated they do not oppose the relief requested in this motion.

1

PRE-APPROVED FOR PUBLIC
FILING BY THE CSO

WHEREFORE, Petitioner respectfully moves this Court to enter the Proposed Order to strike and seal Docket Entry 87.

Dated: February 21, 2008                           Respectfully submitted,

                                                    /s/ David W. DeBruin
                                                    One of the Attorneys for the Petitioner
                                                    Saad Al Qahtani

David W. DeBruin (DDC Bar No. 337626)              Patricia A. Bronte
JENNER & BLOCK LLP                                 Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200            JENNER & BLOCK LLP
Washington, DC 20005-3823                          330 North Wabash Ave.
Tel: (202) 639-6000                                Chicago, IL 60611
Fax: (202) 639-6066                                Tel: (312) 923-8357
                                                    Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I caused the foregoing Petitioner's Motion to Strike and Seal Docket Entry 87 and the attached Proposed Order to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

> Andrew I. Warden
> Judry L. Subar
> Terry M. Henry
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, DC 20530

>                             /s/ David DeBruin
>                             David DeBruin