**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALIM SAID, et al. | ) |
| | ) |
| *Petitioners,* | ) |
| | ) |
| v. | ) No. 1:05 CV 2384 (RWR) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| *Respondents.* | ) |

**PROPOSED ORDER**

Petitioner Saad Al Qahtani has moved for an order to strike and seal docket entry 87 in the Court's ECF system. The Court hereby grants petitioner's motion. Docket entry 87 shall be stricken and sealed in the Court's ECF system. IT IS SO ORDERED.

SIGNED this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

**List of Counsel Entitled to Notice of Court's Order**

Andrew I. Warden -- andrew.warden@usdoj.gov
Judry L. Subar -- judry.subar@usdoj.gov
Terry M. Henry -- terry.henry@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel:  (202) 616-8267
Fax:  (202) 616-8202

Patricia A. Bronte -- pbronte@jenner.com
Sapna G. Lalmalani -- slalmalani@jenner.com
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Tel:  (312) 923-8357
Fax:  (312 840-7757

David W. DeBruin -- ddebruin@jenner.com
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005-3823
Tel:  (202) 639-6000
Fax:  (202) 639-6066

Gitanjali S. Gutierrez -- ggutierrez@ccr-ny.org
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York  10012
Tel:  (212) 614-6464
Fax:  (212) 614-6499