**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SALIM SAID**, *et al.*,<br>**Petitioners**,<br><br>  *v.*<br><br>**GEORGE W. BUSH**, *et al.*,<br>**Respondents.** | **No. 05 CV 2384 (RWR)** |
| **SUHAIL ABDU ANAM**, *et al.*,<br>**Petitioners**,<br><br>  *v.*<br><br>**GEORGE W. BUSH**, *et al.*,<br>**Respondents.** | **No. 04 CV 1194 (HHK)** |

**NOTICE OF NON-OPPOSITION TO RESPONDENTS'
MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY
<u>DECLARATION AS "PROTECTED INFORMATION"</u>**

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motion. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

Dated: March 11, 2008

Respectfully submitted,

/s/ David W. DeBruin
David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757

Pamela Rogers Chepiga
Sarah Havens
Chintan Panchal
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300

Kristine Huskey
Scott Sullivan
UNIVERSITY OF TEXAS
   SCHOOL OF LAW
NATIONAL SECURITY &
   HUMAN RIGHTS CLINIC
727 E. Dean Keeton St.
Austin, TX 78705
Tel: (512) 471-5151

Darold Killmer
Mari Lane
Sara Rich
KILLMER, LANE & NEWMAN LLP
1543 Champa Street
Suite 400
Denver, CO 80202
Tel: (303) 571-1000

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I caused the foregoing Notice of Non-Opposition to Respondents' Motions to Designate Paragraph 9 of Buzby Declaration As "Protected Information" to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

> Andrew I. Warden
> Judry L. Subar
> Terry M. Henry
> Peter D. Keisler
> Douglas N. Letter
> Joseph H. Hunt
> Vincent M. Garvey
> James J. Schwartz
> Edward H. White
> Robert J. Katerberg
> Preeya M. Noronha
> Nicholas J. Patterson
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, DC 20530
> Tel: (202) 514-4107

                                        __/s/ David DeBruin_____