**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALIM SAID, et al. ) | |
| ) | |
|     *Petitioners,* ) | |
| ) | |
| v. ) | No. 1:05 CV 2384 (RWR) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|     *Respondents.* ) | |

**NOTICE OF FILING**

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Sapna G. Lalmalani in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ David W. DeBruin                       Dated: April 1, 2008
One of the Attorneys for the Petitioner

| | |
|---|---|
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| JENNER & BLOCK LLP | Washington, DC 20005-3823 |
| 330 North Wabash Ave. | Tel: (202) 639-6000 |
| Chicago, IL 60611 | Fax: (202) 639-6066 |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

Of Counsel:
Barbara Olshanksy (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GC1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

1640844.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Sapna G. Lalmalani were served upon the following person by e-mail on the 1st day of April, 2008:

>Terry M. Henry
>Judry L. Sabar
>Andrew J. Warden
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC 20530
>email: terry.henry@usdoj.gov

                                           /s/ David W. DeBruin