Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALIM SAID**, *et al.*, ) | |
| ) | |
|        **Petitioners,** ) | |
| ) | |
| v. ) | No. 1:05 CV 2384 (RWR) |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
|        **Respondents.** ) | |

**PETITIONERS' EMERGENCY MOTION TO
LIFT STAY AND SET A SCHEDULING CONFERENCE**

Petitioners Saad Al Qahtani and Mohammed Zahrani, by and through their undersigned counsel, hereby move this Court to lift the stay of proceedings, to permit a scheduled client meeting, and to set a scheduling conference at the Court's earliest convenience in order to calendar this matter for expedited determination on the merits, consistent with this Court's Order of July 2, 2007 and the Supreme Court's ruling that "[t]he detainees . . . are entitled to a prompt habeas corpus hearing." *Boumediene v. Bush*, 553 U.S. ___, slip op. (majority) at 66 (June 12, 2008).  In support of their emergency motion, Petitioners submit their Memorandum in Support of Petitioners' Emergency Motion to Lift Stay and Set a Scheduling Conference.

Pursuant to Local Rule 7(m), counsel attempted by telephone and electronic mail to obtain assent of the government to the relief sought herein.  Counsel was unable to reach counsel for the government and, for that reason, assent has not been obtained.

Wherefore, Petitioners respectfully request that the Court lift the stay, direct Respondents to permit the client meeting requested on April 1, 2008, and promptly schedule a status conference to calendar the matter for expedited determination on the merits of the petitions for a writ of *habeas corpus*.

Dated: June 17, 2008

Respectfully submitted,

  /s/ David DeBruin
One of the Attorneys for the Petitioners
Saad Al Qahtani and Mohammed Zahrani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I caused the foregoing Emergency Motion to Lift Stay and Set a Scheduling Conference, Memorandum in Support thereof, and Proposed Order, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

                                                            /s/ David DeBruin
                                                          David DeBruin