Cleared for public filing by the DOJ 6/17/08

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SALIM SAID,** *et al.*, | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| v. | ) | **No. 1:05 CV 2384 (RWR)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

**[PROPOSED] ORDER GRANTING PETITIONERS' EMERGENCY MOTION
TO LIFT STAY AND SET A SCHEDULING CONFERENCE**

For the reasons set forth in Petitioners' Memorandum in Support of Emergency Motion
to Lift Stay and Set a Scheduling Conference, the Court hereby GRANTS Petitioners' Motion to
Lift Stay and Set a Scheduling Conference.

The stay of proceedings and administrative closure in this case, entered on July 2, 2007,
is hereby vacated. Respondents are directed to permit the client meeting requested by
Petitioners' counsel on April 1, 2008. The Court will conduct a status conference on June ___,
2008, at _____ __.m.

Dated: June __, 2008

/s/_____
JUDGE RICHARD W. ROBERTS
United States District Judge