Filed with the CSO on June 25, 2008
Cleared for public filing by the DOJ on June 26, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM SAID, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 1:05 CV 2384 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**REPLY MEMORANDUM IN SUPPORT OF
PETITIONERS' EMERGENCY MOTION TO
LIFT STAY AND SET A SCHEDULING CONFERENCE**

On June 16, 2008, Petitioners Saad Al Qahtani and Mohammed Zahrani moved this Court to lift the stay of proceedings and to set a scheduling conference at the Court's earliest convenience, consistent with this Court's Order of July 2, 2007 and the Supreme Court's ruling that "[t]he detainees . . . are entitled to a prompt habeas corpus hearing." *Boumediene v. Bush*, 553 U.S. ___, slip op. (majority) at 66 (June 12, 2008). According to their filing of June 23, 2008, Respondents do not oppose Petitioners' request to lift the stay of proceedings, but Respondents oppose Petitioners' request for a scheduling conference as "not appropriate at this time, given the ongoing discussions before Chief Judge Lamberth." (Respondents' Resp. Brf., Dkt. 96.) Petitioners respectfully disagree. Petitioners understand that Chief Judge Lamberth convened these discussions in order to *expedite* the proceedings in these habeas cases, not to provide a reason to delay them further.

Wherefore, Petitioners respectfully request that the Court lift the stay and schedule a status conference at the Court's earliest convenience to calendar the matter for expedited determination on the merits of the petitions for a writ of *habeas corpus*.

Dated: June 26, 2008

Respectfully submitted,

\_\_\_\_\_/s/ David DeBruin\_\_\_\_\_
One of the Attorneys for the Petitioners
Saad Al Qahtani and Mohammed Zahrani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 26, 2008, I caused the foregoing Reply Memorandum in Support of Petitioners' Emergency Motion to Lift Stay and Set a Scheduling Conference, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

                                                              /s/ David DeBruin