Pre-approved by CSO for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTÁNAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | Civil Action No. 05-CV-2384 (RWR) |
| ) | |

**NOTICE OF AUTHORIZATION**

Pursuant to the Court's Order of July 29, 2008, Petitioner Saad Al Qahtani files this notice of authorization of counsel.

1.  On August 1, 2006, Petitioner Al Qahtani signed an Acknowledgment of Representation, in Arabic, authorizing Patricia A. Bronte, Jenner & Block LLP, to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf. (Attached as Exhibit A, with English translation.)

2.  On July 30, 2007, Petitioner Al Qahtani signed an additional Acknowledgment of Representation, in English, authorizing Patricia A. Bronte and other lawyers from Jenner & Block LLP "to continue representing [him] in *habeas* and other proceedings to redress the violation of [his] rights under the U.S. Constitution and laws and international treaties and customary law." (Attached as Exhibit B.)

Dated: August 5, 2008

Respectfully submitted,

   /s/ Patricia A. Bronte_____
One of the Attorneys for Petitioners
Saad Al Qahtani and Mohammed Zahrani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

# Exhibit A

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

_____  
Signature of Counsel

_____  
Print Name of Detainee in English

_____  
Print Name of Counsel in English

_____  
Print Name of Detainee in Native Language (if other than English)

Date:_____

Attorney-Detainee Materials

<u>إقرار بتمثيل قانوني</u>

بناءً على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المنتجة المتعلقة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا" يشهد المعتقل في هذا الإقرار بأنه ممثّل بمحامي للدفاع الموقع أدناه والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فوراً بذلك التغيير في الظروف.

_Patricia A. Bronte_ (signature)
توقيع محامي الدفاع

_Saad_ (signature)
توقيع المعتقل

Patricia A. Bronte
إسم المحامي باللغة الإنجليزية

Saad Al-Qahtani
إسم المعتقل باللغة الإنجليزية

_سعد القحطاني_ (signature)
إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: _August 1, 2006_

# Exhibit B

## ACKNOWLEDGMENT OF REPRESENTATION

1. I have been imprisoned at Guantánamo Bay Naval Station since January 2002. No charges have ever been brought against me, nor have I had the opportunity to challenge my detention before a neutral tribunal.

2. A Combatant Status Review Tribunal ("CSRT") erroneously designated me an enemy combatant. The United States Department of Defense contends that this justifies my continued, indefinite detention, until the end of the War on Terror.

3. I previously authorized Patricia A. Bronte, Maya D. Nath, and Jenner & Block LLP (the "Lawyers") to represent me in *habeas corpus* and other proceedings challenging the legality of my detention at Guantánamo. I intend to continue seeking to vindicate my *habeas corpus* rights, and I authorize the Lawyers to continue representing me in *habeas* and other proceedings to redress the violation of my rights under the U.S. Constitution and laws and international treaties and customary law.

4. I intend to challenge my detention by filing an action under the Detainee Treatment Act ("DTA"). I hereby authorize the Lawyers to represent me in the DTA action they will file on my behalf and to pursue any and all other actions or remedies on my behalf in order to obtain relief from my unlawful imprisonment.

5. I understand that this Acknowledgment will enable the Lawyers to visit me, to communicate with me by letter, and to have access to the CSRT record and other documents relating to my case.

6. This Acknowledgment is not intended and shall not be construed as a waiver or relinquishment of the attorney-client privilege or any other rights or remedies to which I am entitled.

Signed: _____
Saad Al-Qahtani, ISN 200

Date: July 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I caused the foregoing Notice of Authorization to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

/s/ Patricia A. Bronte