Pre-approved by CSO for public filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                          )
                                                )
**GUANTÁNAMO BAY**                              )     **Misc. No. 08-442 (TFH)**
**DETAINEE LITIGATION**                         )
                                                )     **Civil Action No. 05-CV-2384 (RWR)**
                                                )

## MOTION FOR EXTENSION OF TIME

Pursuant to the Court's Order of July 29, 2008, Petitioner Mohammad Zahrani, through his undersigned counsel, requests a one-week extension of time until October 6, 2008 to file the authorization or counsel's declaration regarding the representation.

1.      Petitioner's counsel, Patricia A. Bronte, has not yet met with Mr. Zahrani but is scheduled to travel to Guantánamo Bay to meet with him on October 1, 2008.  (Declaration of Patricia A. Bronte, ¶ 2, attached as Exhibit A.)

2.      Petitioners' counsel have not yet been able to meet with Mr. Zahrani for the following reasons:

a.      Counsel was scheduled to meet with Mr. Zahrani on June 10, 2006.  On that morning, members of the SJA's office informed counsel that no *habeas* counsel would be permitted to meet with their clients that day.  Later in the day, counsel learned that three prisoners had died and, as a result, the prison camp was closed.  (Ex. A, ¶ 3.a.)

b.      Counsel attempted again to meet with Mr. Zahrani on the morning of August 2, 2006.  The military escort informed counsel that Mr. Zahrani refused this meeting.  Neither counsel nor her translator was permitted to see Mr. Zahrani to confirm his wishes regarding the meeting.  (*Id.*, ¶ 3.b.)

       c.      On January 2, 2007, counsel submitted a Freedom of Information Act ("FOIA") request to the Department of Defense, seeking various unclassified documents relating to a number of counsel's clients, including Mr. Zahrani. (*Id.*, ¶ 3.c.)

       d.      The Department of Defense failed to produce any documents in response to the FOIA request until counsel filed suit on October 2, 2007. (*Id.*, ¶ 3.d.)

       e.      On May 12, 2008, the Department of Defense produced to counsel a number of documents, including a log of interactions between Mr. Zahrani (ISN 713) and his guards on August 1 and 2, 2006. (*Id.*, ¶ 3.e and Exhibit 1.)

       f.      The log contains four (4) entries for August 1, 2006 and nine (9) entries for August 2, 2006, reporting events such as "received sheet," "returned sheet," "exchanged library books," "refused shower," and "refused breakfast." (*Id.* at Ex. 1.) Not one of the entries for those days indicates that Mr. Zahrani refused to meet with counsel. (*Id.*) Indeed, none of the entries suggests that Mr. Zahrani was even informed that counsel had traveled to Guantánamo to meet with him. (*Id.*)

    3.      Petitioner's counsel is informed and believes that Mr. Zahrani is being held in solitary confinement, isolated from any contact with fellow prisoners or other persons except guards and interrogators. (*Id.*, ¶ 4.)

    4.      After learning that Mr. Zahrani may not have been informed of counsel's attempt to meet with him on August 2, 2006, counsel submitted another meeting request to Respondents on July 10, 2008. Respondents have now approved counsel's upcoming meeting with Mr. Zahrani on October 1, 2008. (*Id.*, ¶ 5.)

WHEREFORE, counsel for Mr. Zahrani respectfully requests an extension of time until October 6, 2008, to file a notice of authorization or declaration of counsel regarding the representation of Mr. Zahrani.

Dated:  August 5, 2008

Respectfully submitted,

  /s/ Patricia A. Bronte
One of the Attorneys for Petitioners
Saad Al Qahtani and Mohammed Zahrani

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL  60611
Tel: (312) 923-8357
Fax: (312) 840-7757

*Of Counsel*
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

# Exhibit A

Pre-approved by CSO for public filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GUANTÁNAMO BAY** | ) | Misc. No. 08-442 (TFH) |
| **DETAINEE LITIGATION** | ) | |
| | ) | Civil Action No. 05-CV-2384 (RWR) |
| | ) | |

## <u>DECLARATION OF PATRICIA A. BRONTE</u>

The undersigned, Patricia A. Bronte, attorney at law, declares and states as follows:

1.   I am one of the attorneys who has represented Mohammad Zahrani in this matter.

2.   I have not yet met with Mr. Zahrani but I am scheduled to travel to Guantánamo Bay to meet with him on October 1, 2008.

3.   I have not yet been able to meet with Mr. Zahrani for the following reasons:

a.   I was scheduled to meet with Mr. Zahrani on June 10, 2006. On that morning, members of the SJA's office informed me that no *habeas* counsel would be permitted to meet with their clients that day. Later in the day, I learned that three prisoners had died and, as a result, the prison camp was closed.

b.   My partner, David J. Bradford, attempted again to meet with Mr. Zahrani on the morning of August 2, 2006. The military escort informed him that Mr. Zahrani refused this meeting. Neither Mr. Bradford nor his translator was permitted to see Mr. Zahrani to confirm his wishes regarding the meeting.

c.   On January 2, 2007, I submitted a Freedom of Information Act ("FOIA") request to the Department of Defense, seeking various unclassified documents relating to a number of my clients, including Mr. Zahrani.

      d.     The Department of Defense failed to produce any documents in response to the FOIA request until I filed suit on October 2, 2007.

      e.     On May 12, 2008, the Department of Defense produced to me a number of documents, including a log of interactions between Mr. Zahrani and his guards on August 1 and 2, 2006.  (Attached as Exhibit 1.)

      f.     The log contains four (4) entries for August 1, 2006 and nine (9) entries for August 2, 2006, reporting events such as "received sheet," "returned sheet," "exchanged library books," "refused shower," and "refused breakfast."  Not one of the entries for those days indicates that Mr. Zahrani refused to meet with counsel.  Indeed, none of the entries suggests that Mr. Zahrani was even informed that counsel had traveled to Guantánamo to meet with him.

4.     I am informed and believe that Mr. Zahrani is being held in solitary confinement, isolated from any contact with fellow prisoners or other persons except guards and interrogators.

5.     After learning that Mr. Zahrani may not have been informed of our attempt to meet with him on August 2, 2006, I submitted another meeting request to Respondents on July 10, 2008.  Respondents have now approved my upcoming meeting with Mr. Zahrani on October 1, 2008.


I declare under penalty of perjury that the foregoing is true and correct.

      Executed on _4th_ August, 2008.

      Signed,

      Patricia A. Bronte, Esq.

2

# Exhibit 1
# to
# Exhibit A

SECRET // NOFORN

| | | | | |
|---|---|---|---|---|
| (S//NF) | 8/4/2006 5:00:00 AM | 00-Detainee Note | ISN#000713. | RETURNED SHEET |
| (S//NF) | 8/4/2006 4:25:00 AM | 02-Refused Medicines | ISN#000713. APPROX 0420 | REFUSED MEDS @ |
| (S//NF) | 8/3/2006 10:00:00 PM | 00-Detainee Note | ISN#000713. ISSUE | RECEIVED SHEET @ SHEET |
| (S//NF) | 8/3/2006 7:40:00 PM | 00-Detainee Note | ISN#000713. CELL SEARCH @ 1900 | TOOK SHOWER, NCF UPON |
| (S//NF) | 8/3/2006 7:20:00 PM | 00-Detainee Note | ISN#000713. 1939 HRS | WENT TO REC PEN : 1838 |
| (S//NF) | 8/3/2006 5:00:00 AM | 00-Detainee Note | ISN#000713. | RETURNED SHEET |
| (S//NF) | 8/3/2006 12:10:00 AM | 00-Detainee Note | ISN#000713. SHIRT. AND WASHCLOTH AT UNIFORM EXCHANGE. | EXCHANGED PANTS. |
| (S//NF) | 8/2/2006 10:45:00 PM | 02-Refused Medicines | ISN#000713. APPROX. 1833 | REFUSED MEDS @ |
| (S//NF) | 8/2/2006 10:25:00 PM | 00-Detainee Note | ISN#000713. | NCF UPON CELL SEARCH. |
| (S//NF) | 8/2/2006 10:00:00 PM | 00-Detainee Note | ISN#000713. ISSUE. | RECEIVED SHEET @ SHEET |
| (S//NF) | 8/2/2006 8:00:00 PM | 00-Detainee Note | ISN#000713. LIBRARY BOOKS. | DETAINEE EXCHANGED |
| (S//NF) | 8/2/2006 7:48:00 PM | 02-Refused Medicines | ISN#000713 APPROX 1830 | REFUSED MEDS @ |
| (S//NF) | 8/2/2006 4:00:00 PM | 00-Detainee Note | ISN#000713. NCF | CONDUCTED CELL SEARCH |
| (S//NF) | 8/2/2006 1:15:00 PM | 00-Detainee Note | ISN#000713. @ 1040 - 1150, REFUSED SHOWER | DETAINEE TO REC PEN 2 |
| (S//NF) | 8/2/2006 6:52:00 AM | 00-Detainee Note | ISN#000713. CHOW | REFUSED BREAKFAST |
| (S//NF) | 8/2/2006 5:00:00 AM | 00-Detainee Note | ISN#000713. | RETURNED SHEET |
| (S//NF) | 8/1/2006 10:00:00 PM | 00-Detainee Note | ISN#000713 | RECEIVED SHEET |
| (S//NF) | 8/1/2006 9:30:00 PM | 00-Detainee Note | ISN#000713 1601 RETURNED TO CELL AT 1716 | MOVED TO REC PEN : AT |
| (S//NF) | 8/1/2006 5:30:00 PM | 00-Detainee Note | ISN#000713. AND NO CONTRABAND FOUND @ 1435 | REFUSED SHOWER @ 1716 |
| (S//NF) | 8/1/2006 5:00:00 AM | 00-Detainee Note | ISN#000713 | RETURNED SHEET |
| (S//NF) | 7/31/2006 10:00:00 PM | 00-Detainee Note | ISN#000713 | RECEIVED SHEET |
| (S//NF) | 7/31/2006 9:45:00 PM | 00-Detainee | ISN#000713. | TOOK SHOWER AT 2031 |

SECRET // NOFORN

JENNER AND BLOCK

01953

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I caused the foregoing Motion for Extension of

Time to be delivered to the below-listed counsel of record in the above-captioned matters

through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530


   /s/ Patricia A. Bronte