IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) Misc. No. 08-442 (TFH) <br> ) <br> ) Civil Action Nos. <br> ) 05-CV-0763, 05-CV-0764, 05-CV-1234, <br> ) 05-CV-2384, 06-CV-1725, 08-CV-1222 <br> ) <br> ) |

**NOTICE OF FILING OF
FACTUAL RETURNS**

Respondents hereby provide notice of the submission on August 29, 2008, in these cases of classified factual returns to the petitions for writ of habeas corpus of petitioners listed in Exhibit A. The factual returns set forth factual bases[1] supporting petitioners' lawful, ongoing detention pursuant to the Authorization for the Use of Military Force and the President's power as Commander in Chief.

Dated: August 29, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

　　/s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.514.4107
Fax: 202.616.8470

Attorneys for Respondents

---

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioners' detention, as necessary.