IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442(TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 05-CV-2384 |
|  | ) | |

**ERRATA REGARDING**
**RESPONDENTS' NOTICE OF FILING FACTUAL RETURN**

Respondents hereby notify the Court that respondents' Notice Of Filing Of Factual Return (notice of filing) filed on Friday, August 29, 2008, was inadvertently filed under the incorrect docket identifier. Contrary to the above caption, the correct docket identifier for the instant case is Civil Action No. 05–CV-23**48** (EGS) (emphasis added). Respondents, however, transposed the last two digits of the docket identifier on the original notice of filing, filed along with Civil Action Nos. 05-CV-0763, 05-CV-0764, 05-CV-1234, 06-CV-1725, and 08-CV-1222.

Respondents are filing an errata and new notice in Civil Action No. 05-CV-2348 (EGS). Respondents request that the Court ensure that the factual return in Civil Action No. 05-CV-2348 (EGS) which may have been incorrectly filed along with the incorrect notice of filing is correctly matched up with the new notice in Civil Action No. 05-CV- 2348. Respondents additionally request that the Court ignore the incorrect Civil Action No. 05-CV-2384 notice of filing. Respondents' counsel apologize for any confusion or inconvenience caused by the transposition of numbers in the docket identifier in the instant case in the initial filing.

Dated:    September 2, 2008        Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Margaret Kuehne Taylor
       JOHN H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
MARGARET KUEHNE TAYLOR
             Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: 202/305-8975

Attorneys for Respondents