IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| GUANTANAMO BAY  ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION  ) | |
| ) | |
| SALIM SAID, *et al.*,  ) | |
| ) | |
| Petitioners,  ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-2384 (RWR) |
| ) | |
| GEORGE W. BUSH, *et al.*,  ) | |
| ) | |
| Respondents.  ) | |

~~PROPOSED~~ ORDER

Upon consideration of the Unopposed Motion to Stay Petition for Writ of Habeas Corpus of Petitioner Mohammed Zahrani, it is hereby **ORDERED** on this 5th day of December, 2008, that:

(1) The petition for a writ of habeas corpus of Petitioner Zahrani shall be stayed;

(2) The December 5, 2008 status hearing is vacated as to Petitioner Zahrani, and the status hearing shall proceed as to Petitioner Al Qahtani only;

(3) The parties' obligations under this Court's November 6, 2008 Case Management Order shall be suspended with respect to Petitioner Zahrani unless and until the Court lifts the stay;

(4) Either counsel for petitioner or counsel for respondents may move to lift the stay on behalf of Petitioner Zahrani upon notice to counsel for the opposing party;

(5) The terms and effect of this Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Protective Order") shall remain in effect;

(6) The terms and effect of this Court's July 10, 2008 order regarding notice to Petitioner's counsel and the Court thirty (30) days prior to transporting or removing petitioner from Guantánamo Bay Naval Base shall remain in effect;

Dated: December __, 2008

_____
**UNITED STATES DISTRICT COURT JUDGE
RICHARD W. ROBERTS**